KELLY E. DUFORD, State Bar No. 295646
*kedwilliams@slatelawgroup.com*
CHRISTINE A. ROBLES, State Bar No. 307309
*crobles@slatelawgroup.com*
SLATE LAW GROUP
750 B St. Unit 2250
San Diego, CA 92101
Ph: (619) 546-4291
Fax: (619) 354-2449

Attorneys for Plaintiff
WHITESLATE, LLP DBA SLATE LAW GROUP

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

WHITESLATE, LLP DBA SLATE LAW GROUP,

Plaintiff,

vs.

DEREK DAHLIN, an individual; BRIAN EVANS, individually, and as Chief Executive Officer of MANGO TECHNOLOGIES, INC. DBA CLICKUP; ROBERT SMITH, individually, and as Chief Financial Officer and Secretary of MANGO TECHNOLOGIES, INC. DBA CLICKUP; WES BRUMMETTE, individually, and as Agent for Service of Process of MANGO TECHNOLOGIES, INC. DBA CLICKUP; MANGO TECHNOLOGIES, INC. DBA CLICKUP; and DOES 1-100, INCLUSIVE,

Defendants.

Case No. 3:20-cv-01782-W-BGS

**JOINT MOTION REGARDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT, AND PAGE LIMITS FOR BRIEFING DEFENDANTS' INTENDED MOTION TO DISMISS**

WHITESLATE, LLP DBA SLATE LAW GROUP ("Plaintiff"), by and through its counsel of record, Slate Law Group; and DEREK DAHLIN, BRIAN EVANS, ROBERT SMITH, MARK (WES) BRUMMETTE and MANGO TECHNOLOGIES, INC. DBA CLICKUP ("Defendants"), by and through their respective counsel of record, Cooley LLP, (collectively the "Parties"), jointly stipulate and move this Court to modify the time for Defendants to respond to Plaintiff's complaint as follows:

WHEREAS, on or about September 10, 2020, Plaintiff filed the Complaint (ECF No. 1 (the "Complaint"));

WHEREAS, the Complaint is forty (40) pages long and asserts twenty (20) causes of action, many of which name all or several of the Defendants;

WHEREAS, on October 4, 2020, Defendant DAHLIN was personally served with a copy of the summons and Complaint;

WHEREAS, Defendant DAHLIN'S current deadline to answer or otherwise respond to the Complaint is October 26, 2020;

WHEREAS, on October 8, 2020, Defendants BRUMMETTE and MANGO TECHNOLOGIES, INC. were personally served with a copy of the summons and Complaint;

WHEREAS, the current deadline for Defendants BRUMMETTE and MANGO TECHNOLOGIES, INC. to answer or otherwise respond to the Complaint is October 29, 2020;

WHEREAS, on October 15, 2020, Plaintiff served upon the remaining Defendants, through their counsel of record, a Waiver of Service of Summons pursuant to Rule 4(d) (the "Waiver");[1]

---

[1] At the time of this Joint Motion, and as a result of extenuating circumstances with Plaintiff's process server stemming from COVID-19, there was uncertainty about whether Defendant EVANS has been served, and if so, when. For purposes of this Joint Motion, however, the Parties agree to extend the time for EVANS to respond to November 18, 2020, regardless of whether or when service may have effectuated.

WHEREAS, Defendants' counsel agrees to return the signed Waiver within four (4) calendar days of receipt of the Waiver and by no later than Monday, October 19, 2020;

WHEREAS, Plaintiff's counsel agrees to file the signed Waiver within five (5) court days of receipt from Defendants' counsel;

WHEREAS, the Parties agree that all Defendants' response(s) to the Complaint will be due thirty (30) days after October 19, 2020 (the stipulated deadline to return the signed Waiver), such that each and all of Defendants' deadline to respond to the Complaint is **November 18, 2020**;

WHEREAS, the Parties have agreed to extend the time to respond to Plaintiff's Complaint for all Defendants personally served and to shorten the time period otherwise permitted under Rule 4(d) for the remaining Defendants, such that all Defendants will respond to the Complaint on or before **November 18, 2020**;

WHEREAS, Defendants intend to file one coordinated response to the Complaint, Defendants are all represented by the same counsel, and Defendants agree to respond to the Complaint on or before **November 18, 2020**, regardless of when Plaintiff files the signed Waiver with the Court;

WHEREAS, Defendants intend to file a joint motion to dismiss, and the Parties agree to enlarging the page limits set by Local Rule 7.1(h) by fifteen (15) pages for both Defendants' opening brief and Plaintiff's opposition brief, and by ten (10) pages for Defendants' reply brief;

WHEREAS, the Parties agree that good cause exists to extend the time to respond as stated above and to exceed the page limits set by Local Rule 7.1(h), given Defendants' intent to file a joint response based on the same and overlapping arguments and authorities; the fact that Defendants are represented by the same counsel; the length of the Complaint and number of causes of action asserted (twenty (20)); and the efficiency for the Court and the parties resulting from Defendants coordinating the timing of their response to the Complaint;

WHEREAS, the Parties agree that this does not constitute an appearance by any Defendant; and

WHEREAS, Defendants expressly reserve all other rights under Rule 4(d), and Defendants expressly reserve all defenses and objections to the Complaint and/or this lawsuit, the Court's jurisdiction, and the venue of the action;

NOW THEREFORE, based on the above and for good cause shown, the Parties hereby jointly stipulate, by and through their counsel of record and subject to the Court's approval, as follows:

1. The time for all Defendants to answer or otherwise respond to the Complaint is extended or otherwise modified, and all Defendants may file a coordinated response to the Complaint, which shall be due on or before **November 18, 2020**;
2. Defendants may file an opening brief in support of their joint motion to dismiss not to exceed forty (40) pages (exclusive of title page, table of contents, table of authorities, and exhibits);
3. Plaintiff may file a brief opposing Defendants' joint motion to dismiss not to exceed forty (40) pages (exclusive of title page, table of contents, table of authorities, and exhibits); and
4. Defendants may file a brief replying to Plaintiff's opposition to Defendants' motion to dismiss not to exceed twenty (20) pages (exclusive of title page, table of contents, table of authorities, and exhibits).

**IT IS SO STIPULATED.**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to SUMMER WYNN, counsel for Defendants, and that I have obtained their authorization to affix their electronic signature to this document.

*/s/ Kelly E. DuFord*
Kelly E. DuFord

Dated: October 15, 2020

Respectfully submitted,

WHITESLATE, LLP DBA SLATE LAW GROUP

By: */s/ Kelly E. DuFord*
KELLY E. DUFORD
CHRISTINE R. ROBLES
Attorneys for Plaintiff
WHITESLATE, LLP DBA SLATE LAW GROUP

Dated: October 15, 2020

Respectfully submitted,

COOLEY LLP

By:
SUMMER WYNN
Attorney for Defendants
DEREK DAHLIN, BRIAN EVANS, ROBERT SMITH, WES BRUMMETTE and MANGO TECHNOLOGIES, INC. DBA CLICKUP