COOLEY LLP
SUMMER J. WYNN (240005)
(swynn@cooley.com)
JAYME B. STATEN (317034)
(jstaten@cooley.com)
4401 Eastgate Mall
San Diego, California 92121-1909
Telephone: +1 858 550 6000
Facsimile: +1 858 550-6420

COOLEY LLP
JASMIN F. MOTLAGH (311639)
(jmotlagh@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401-4100
Telephone: +1 310 883 6400
Facsimile: +1 310 883 6500

Attorneys for Defendants
DEREK DAHLIN, BRIAN EVANS,
ROBERT SMITH, WES BRUMMETTE and
MANGO TECHNOLOGIES, INC. DBA
CLICKUP

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITESLATE, LLP DBA SLATE LAW GROUP,<br><br>Plaintiff,<br><br>vs.<br><br>DEREK DAHLIN, an individual; BRIAN EVANS, individually, and as Chief Executive Officer of MANGO TECHNOLOGIES, INC. DBA CLICKUP; ROBERT SMITH, individually, and as Chief Financial Officer and Secretary of MANGO TECHNOLOGIES, INC. DBA CLICKUP; WES BRUMMETTE, individually, and as Agent for Service of Process of MANGO TECHNOLOGIES, INC. DBA CLICKUP; MANGO TECHNOLOGIES, INC. DBA CLICKUP; and DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No. 3:20-cv-01782-W-BGS<br><br>**JOINT MOTION REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS**<br><br>Date Action Filed: September 10, 2020<br>Trial Date: None set |

WHITESLATE, LLP DBA SLATE LAW GROUP ("Plaintiff"), by and through its counsel of record, Slate Law Group; and DEREK DAHLIN, BRIAN EVANS, ROBERT SMITH, MARK (WES) BRUMMETTE and MANGO TECHNOLOGIES, INC. DBA CLICKUP ("Defendants"), by and through their respective counsel of record, Cooley LLP, (collectively the "Parties"), jointly stipulate and move this Court to modify the briefing schedule for Defendants' Motion to Dismiss as follows:

WHEREAS, on or about September 10, 2020, Plaintiff filed the Complaint (ECF No. 1 (the "Complaint"));

WHEREAS, the current deadline for Defendants to respond to the Complaint is November 18, 2020 (*see* ECF No. 4);

WHEREAS, Defendants intend to file a consolidated Motion to Dismiss, and have reserved a hearing date of **January 25, 2020**;

WHEREAS, the Parties have already agreed and the Court has approved to extend the page limits for the briefing on Defendants' Motion to Dismiss (*see* ECF No. 4);

WHEREAS, the Parties also agree to modify the briefing schedule for Defendants' Motion to Dismiss as follows: Plaintiff's opposition shall be due on or before **December 21, 2020**, and Defendants' reply shall be due on or before **January 11, 2020**;

WHEREAS, the Parties agree that this does not constitute an appearance by any Party; and

WHEREAS, Defendants expressly reserve all other rights under Rule 4(d), and Defendants expressly reserve all defenses and objections to the Complaint and/or this lawsuit, the Court's jurisdiction, and the venue of the action;

NOW THEREFORE, based on the above and for good cause shown, the Parties hereby jointly stipulate, by and through their counsel of record and subject to the Court's approval, as follows:

- Plaintiff's opposition to Defendants' Motion to Dismiss shall be due on or before **December 21, 2020**, and Defendants' reply shall be due on or before **January 11, 2020**.

**IT IS SO STIPULATED.**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to KELLY E. DUFORD, counsel for Defendants, and that I have obtained their authorization to affix their electronic signature to this document.

*/s/ Summer J. Wynn*
Summer J. Wynn

Dated: November 18, 2020          Respectfully submitted,

                                  COOLEY LLP

                                  By: */s/ Summer Wynn*
                                       SUMMER WYNN
                                       Attorney for Defendants
                                       DEREK DAHLIN, BRIAN EVANS, ROBERT SMITH, WES BRUMMETTE and MANGO TECHNOLOGIES, INC. DBA CLICKUP

Dated: November 18, 2020          Respectfully submitted,

                                  WHITESLATE, LLP DBA SLATE LAW GROUP

                                  By: */s/ Kelly E. Duford*
                                       KELLY E. DUFORD
                                       CHRISTINE R. ROBLES
                                       Attorneys for Plaintiff
                                       WHITESLATE, LLP DBA SLATE LAW GROUP