| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | SUMMER J. WYNN (240005)<br>(swynn@cooley.com) |
| 3 | JAYME B. STATEN (317034)<br>(jstaten@cooley.com) |
| 4 | 4401 Eastgate Mall<br>San Diego, California  92121-1909 |
| 5 | Telephone:  +1 858 550 6000<br>Facsimile:   +1 858 550-6420 |
| 6 | COOLEY LLP |
| 7 | JASMIN F. MOTLAGH (311639)<br>(jmotlagh@cooley.com) |
| 8 | 1333 2nd Street, Suite 400<br>Santa Monica, California  90401-4100 |
| 9 | Telephone:  +1 310 883 6400<br>Facsimile:   +1 310 883 6500 |
| 10 | Attorneys for Defendants |
| 11 | DEREK DAHLIN, BRIAN EVANS,<br>ROBERT SMITH, WES BRUMMETTE and |
| 12 | MANGO TECHNOLOGIES, INC. DBA<br>CLICKUP |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITESLATE, LLP DBA SLATE LAW GROUP,<br><br>             Plaintiff,<br><br>      v.<br><br>DEREK DAHLIN, an individual; BRIAN EVANS, individually, and as Chief Executive Officer of MANGO TECHNOLOGIES, INC. DBA CLICKUP; ROBERT SMITH, individually, and as Chief Financial Officer and Secretary of MANGO TECHNOLOGIES, INC. DBA CLICKUP; WES BRUMMETTE, individually, and as Agent for Service of Process of MANGO TECHNOLOGIES, INC. DBA CLICKUP; MANGO TECHNOLOGIES, INC. DBA CLICKUP; and DOES 1-100, INCLUSIVE,<br><br>             Defendants. | Case No. 3:20-cv-01782-W-BGS<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:    January 25, 2021<br>Time:   N/A<br>Dept.:   3C<br>Judge:  Thomas J. Whelan<br><br>**NO ORAL ARGUMENT PURSUANT TO LOCAL RULE**<br><br>[*Filed Concurrently with Memorandum of Points and Authorities; Declaration of Summer J. Wynn; and [Proposed] Order*]<br><br>Date Action Filed: September 10, 2020<br>Trial Date:   None set |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

DEFENDANTS' NOTICE OF MOTION AND
MOTION TO DISMISS THE COMPLAINT
3:20-CV-01782-W-BGS

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on January 25, 2021, or as soon thereafter as this Motion may be heard in the above-entitled court, located at Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, CA 92101, in Courtroom 3C, Defendants Derek Dahlin, Brian Evans, Robert Smith, Wes Brummette and Mango Technologies, Inc. dba ClickUp ("Defendants") will and hereby do move this Court to dismiss the Complaint filed by Plaintiff Whiteslate, LLP dba Slate Law Group ("Plaintiff").

This motion is brought pursuant to Federal Rule of Civil Procedure 12(b)(6) and on the following grounds: (1) the entire Complaint and each of the twenty causes of action asserted in the Complaint fail to state a claim upon which relief could be granted against any Defendant; (2) the Twelfth through Twentieth Causes of Action are preempted by the California Uniform Trade Secrets Act ("CUTSA") (*see, e.g.,* California Civil Code section 3426, et seq.); (3) the Third through Fifth Causes of Action are preempted by the federal Copyright Act (*see, e.g.,* 17 U.S.C. § 301); and (4) Plaintiff fails to plead facts sufficient to state any viable claim for relief against Defendants Brian Evans, Robert Smith or Wes Brummette in their individual capacities.

In addition, Defendant Robert Smith will and hereby does move this Court to dismiss the Complaint as to himself pursuant to Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction.

/ / /

/ / /

/ / /

Cooley LLP
Attorneys at Law
San Diego

2.

Defendants' Notice Of Motion And
Motion To Dismiss The Complaint
3:20-cv-01782-W-BGS

1  This Motion is based on this Notice of Motion and Motion, the accompanying
2  Memorandum of Points and Authorities, the Declaration of Summer J. Wynn and the
3  attached exhibits, including the Declaration of Robert D. Smith, all pleadings and
4  papers on file in this matter, and any such other matters as may be presented to this
5  Court at the hearing or otherwise.

Dated: November 18, 2020                COOLEY LLP


By: */s/ Summer J. Wynn*
    Summer J. Wynn

Attorneys for Defendants
DEREK DAHLIN, BRIAN EVANS,
ROBERT SMITH, WES BRUMMETTE
and MANGO TECHNOLOGIES, INC.
DBA CLICKUP

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

3.

DEFENDANTS' NOTICE OF MOTION AND
MOTION TO DISMISS THE COMPLAINT
3:20-CV-01782-W-BGS