KELLY E. DUFORD, State Bar No. 295646
kedwilliams@slatelawgroup.com
BRYAN A. BLANCO, State Bar No. 326969
bblanco@slatelawgroup.com
SLATE LAW GROUP
750 B Street, Suite 2250
San Diego, CA 92101
Ph: (619) 546-4291
Fax: (619) 354-2449

Attorneys for Plaintiff
WHITESLATE LLP
DBA SLATE LAW GROUP

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITESLATE LLP DBA SLATE LAW GROUP, a limited liability partnership<br><br>Plaintiff,<br><br>vs.<br><br>DEREK DAHLIN, an individual; BRIAN EVANS, individually, and as Chief Executive Officer of MANGO TECHNOLOGIES, INC. DBA CLICKUP; ROBERT SMITH, individually, and as Chief Financial Officer and Secretary of MANGO TECHNOLOGIES, INC. DBA CLICKUP; WES BRUMMETTE, individually, and as Agent for Service of Process of MANGO TECHNOLOGIES, INC. DBA CLICKUP; MANGO TECHNOLOGIES, INC. DBA CLICKUP; and DOES 1-100,<br><br>Defendants. | Case No. 3:20-cv-01782-W-BGS<br><br>**DECLARATION OF KELLY E. DUFORD REQUESTING EXTENSION OF TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**Hearing**<br>Date: January 25, 2021<br>Time: N/A<br>Dept.: 3C<br>Judge: Hon. Thomas J. Whelan<br><br>NO ORAL ARGUMENT PURSUANT TO LOCAL RULE |

**DECLARATION OF KELLY E. DUFORD REQUESTING EXTENSION OF TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

I, Kelly E. DuFord, Esq. declare as follows:

1.     I am an attorney-at-law licensed to practice in the States of Nevada and California and I am the managing partner of Slate Law Group, the counsel of record herein for Plaintiff WHITESLATE LLP DBA SLATE LAW GROUP ("Plaintiff"). I am the main/lead attorney at our firm responsible for handling the prosecution of this matter on behalf of Plaintiff, and, on that basis, and upon such other bases set forth below, I have personal knowledge of the matters set forth in this Declaration, except where stated on information and belief, and could and would confidently testify to them under oath if called as a witness.

2.     On October 15, 2020, Plaintiff and Defendants filed a Joint Motion to extend Defendants' time to file a responsive pleading to Plaintiff's complaint, and page limits (Dkt. 3.0).

3.     Defendants' counsel of record, Summer Wynn of Cooley, had asked for additional pages for Defendants' Motion to Dismiss and additional time to prepare, whereas Plaintiff granted their request well beyond 48-hours.

4.     On Friday, December 18, 2020, I informed Ms. Wynn that I had to pick up my pre-k child from school as she did not feel well, and that I was afraid due to the current pandemic.

5.     Ms. Wynn however was unmoved by this information as she demanded my attendance at a meet and confer.

6.     I offered Ms. Wynn medical records as proof when she demanded that I be a part of the meet and confer regardless, even though two other attorneys barred in California have made an appearance in this matter.

7.     I addressed these issues with Ms. Wynn on Friday, and despite being slightly aggressive on both sides, we agreed that we would jointly seek to extend deadlines for the Early Neutral Evaluation hearing and discovery (Dkt. 9.0).

8.     I further informed Ms. Wynn that my firm had been devastated by the effects of COVID-19.

**DECLARATION OF KELLY E. DUFORD REQUESTING EXTENSION OF TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

9.     Only one of my employees attached to this matter is not currently dealing with COVID-19.

10.    My senior paralegal's father, a retired naval captain, has been hospitalized, then re-hospitalized with a severe case of covid-pneumonia, and as such has been pulled away from his tasks for this matter.

11.    I cannot further describe other employee medical issues due to privacy and HIPAA considerations.

12.    On December 21, 2020, we tried beyond all measures to respond to the more than 50-page motion to dismiss that Defendants filed on November 18, 2020 (Dkts. 11.0 - 11.2).

13.    On December 21, 2020, around 2:30 - 4:30 PM, my senior paralegal on this matter called Ms. Wynn to explain that an extension of 48-hours was needed to finalize and file Plaintiff's opposition to Defendants' motion to dismiss due to the above-mentioned issues.

14.    Ms. Wynn responded that she would have to contact her client in order to agree to an extension.

15.    That afternoon, at 6:52 PM, I received a response from Ms. Wynn that she would not be able to grant an extension, void of any reasoning and stating that their decision was based on the nature of our request.

16.    At the end of the day, it is alarming that in this climate as many and their family members are affected by COVID-19, that Ms. Wynn would not be amenable to a 48 hour extension.[1]

//

//

[1] I request for privacy in the personal details for children mentioned

**DECLARATION OF KELLY E. DUFORD REQUESTING EXTENSION OF TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

1     I declare under penalty of perjury under the laws of the United States of

2 America that the foregoing is true and correct. This Declaration was executed this

3 21st day of December 2020, in San Diego, California.



KELLY E. DUFORD

**DECLARATION OF KELLY E. DUFORD IN SUPPORT OF PLAINTIFF'S OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS**