COOLEY LLP
SUMMER J. WYNN (240005)
(swynn@cooley.com)
JAYME B. STATEN (317034)
(jstaten@cooley.com)
4401 Eastgate Mall
San Diego, California  92121-1909
Telephone:  +1 858 550 6000
Facsimile:  +1 858 550-6420

COOLEY LLP
JASMIN F. MOTLAGH (311639)
(jmotlagh@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California  90401-4100
Telephone:  +1 310 883 6400
Facsimile:  +1 310 883 6500

Attorneys for Defendants
DEREK DAHLIN, BRIAN EVANS, ROBERT SMITH, WES BRUMMETTE and MANGO TECHNOLOGIES, INC. DBA CLICKUP

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITESLATE, LLP DBA SLATE LAW GROUP,<br><br>Plaintiff,<br><br>v.<br><br>DEREK DAHLIN, an individual; BRIAN EVANS, individually, and as Chief Executive Officer of MANGO TECHNOLOGIES, INC. DBA CLICKUP; ROBERT SMITH, individually, and as Chief Financial Officer and Secretary of MANGO TECHNOLOGIES, INC. DBA CLICKUP; WES BRUMMETTE, individually, and as Agent for Service of Process of MANGO TECHNOLOGIES, INC. DBA CLICKUP; MANGO TECHNOLOGIES, INC. DBA CLICKUP; and DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No. 3:20-cv-01782-W-BGS<br><br>**DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Date Action Filed: September 10, 2020<br>Trial Date:   None set |

Pursuant to Local Rule 79.2, Defendants hereby move this Court for an order permitting Defendants to file under seal redacted versions of certain exhibits to the declaration of Summer J. Wynn in response to the declaration of Kelly E. DuFord requesting extension of time to file Plaintiff's opposition to Defendants' motion to dismiss Plaintiff's complaint.

## I. LEGAL STANDARD

Although there is a presumption in favor of public access to court records, the public's right to access "is not absolute and can be overridden." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). Two standards generally govern motions to seal documents—compelling reasons or good cause. The applicable standard depends on whether the records are "more than tangentially related to the merits of a case". *Ctr. for Auto Safety v. Chrysler Grp.*, LLC, 809 F.3d 1092, 1096 (9th Cir. 2016). Where a record is more akin to discovery disclosures or is only tangentially related to the merits of the case, courts generally apply the "good cause" standard, pursuant to which a court may seal a record "to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense". *Id*. at 1096–97(9th Cir. 2016) (quoting Fed. R. Civ. P. 26(c)). Where a record pertains to the merits of a case, courts apply a "compelling reasons" standard. *Id*.

## II. REDACTED EXHIBITS

There are both compelling reasons and good cause to permit Defendants to file under seal redacted versions of certain exhibits in support of the declaration of Summer J. Wynn. The exhibits contain emails between counsel for Plaintiff and counsel for Defendants. Within these emails, counsel for Plaintiff made certain derogatory and false statements about a Defendant in this action. These false and offensive statements have absolutely no bearing on the merits of this case, and should be redacted. Accordingly, Defendants respectfully request that certain portions the following emails be redacted and submitted under seal:

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2

DEFENDANTS' MOTION TO FILE
DOCUMENTS UNDER SEAL
3:20-CV-01782-W-BGS

| Ex. No. | Column 1: Identification of Document | Column 2: Description of Material at Issue Within Document |
|---|---|---|
| F | Email from Kelly E. DuFord to Summer J. Wynn | Within this email chain, there are certain derogatory and false statements made by counsel of record, Kelly E. DuFord, about a Defendant. These statements have been redacted to protect his interests. |
| H | Email from Summer J. Wynn to Kelly E. DuFord | Within this email chain, there are certain derogatory and false statements made by counsel of record, Kelly E. DuFord, about a Defendant. These statements have been redacted to protect his interests. |
| I | Email from Kelly E. DuFord to Summer J. Wynn | Within this email chain, there are certain derogatory and false statements made by counsel of record, Kelly E. DuFord, about a Defendant. These statements have been redacted to protect his interests. |
| K | Email from Kelly E. DuFord to Summer J. Wynn | Within this email chain, there are certain derogatory and false statements made by counsel of record, Kelly E. DuFord, about a Defendant. These statements have been redacted to protect his interests. |

| | | |
|---|---|---|
| L | Email from Kelly E. DuFord to Summer J. Wynn | Within this email chain, there are certain derogatory and false statements made by counsel of record, Kelly E. DuFord, about a Defendant.  These statements have been redacted to protect his interests. |
| M | Email from Kelly E. DuFord to Summer J. Wynn | Within this email chain, there are certain derogatory and false statements made by counsel of record, Kelly E. DuFord, about a Defendant.  These statements have been redacted to protect his interests. |
| N | Email from Kelly E. DuFord to Summer J. Wynn | Within this email chain, there are certain derogatory and false statements made by counsel of record, Kelly E. DuFord, about a Defendant.  These statements have been redacted to protect his interests. |
| O | Email from Kelly E. DuFord to Summer J. Wynn | Within this email chain, there are certain derogatory and false statements made by counsel of record, Kelly E. DuFord, about a Defendant.  These statements have been redacted to protect his interests. |

Cooley LLP
Attorneys at Law
San Diego

4

DEFENDANTS' MOTION TO FILE
DOCUMENTS UNDER SEAL
3:20-cv-01782-W-BGS

| | | |
|---|---|---|
| P | Email from Kelly E. DuFord to Summer J. Wynn | Within this email chain, there are certain derogatory and false statements made by counsel of record, Kelly E. DuFord, about a Defendant.  These statements have been redacted to protect his interests. |
| Q | Email from Kelly E. DuFord to Summer J. Wynn | Within this email chain, there are certain derogatory and false statements made by counsel of record, Kelly E. DuFord, about a Defendant.  These statements have been redacted to protect his interests. |
| R | Email from Kelly E. DuFord to Summer J. Wynn | Within this email chain, there are certain derogatory and false statements made by counsel of record, Kelly E. DuFord, about a Defendant.  These statements have been redacted to protect his interests. |
| S | Email from Kelly E. DuFord to Summer J. Wynn | Within this email chain, there are certain derogatory and false statements made by counsel of record, Kelly E. DuFord, about a Defendant.  These statements have been redacted to protect his interests. |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

5

DEFENDANTS' MOTION TO FILE
DOCUMENTS UNDER SEAL
3:20-CV-01782-W-BGS

| T | Email from Summer J. Wynn to Kelly E. DuFord | Within this email chain, there are certain derogatory and false statements made by counsel of record, Kelly E. DuFord, about a Defendant. These statements have been redacted to protect his interests. |

### III.  CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court grant the present motion for an order that the exhibits listed above be filed under seal.

Dated:  December 22, 2020                    COOLEY LLP

By: */s/ Summer J. Wynn*
    Summer J. Wynn

Attorneys for Defendants
DEREK DAHLIN, BRIAN EVANS, ROBERT SMITH, WES BRUMMETTE and MANGO TECHNOLOGIES, INC. DBA CLICKUP