*Whiteslate, LLP DBA Slate Law Group v. Dhalin, et al.*
Case No. 3:20-cv-01782-W-BGS

# INDEX OF EXHIBITS TO DECLARATION OF SUMMER J. WYNN IN RESPONSE TO DECLARATION OF KELLY E. DUFORD REQUESTING EXTENSION OF TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

| Exhibit No. | Description | Page No. |
|:---:|:---|:---:|
| A. | December 21, 2020, 4:22 PM email from J. Feldman to S. Wynn | 6 |
| B. | December 21, 2020, 6:52 PM email from S. Wynn to J. Feldman, et al. | 8 |
| C. | December 21, 2020, 7:19 PM email from K. DuFord to S. Wynn, et al. | 10 |
| D. | December 21, 2020, 7:31 PM email from K. DuFord to S. Wynn, et al. | 13 |
| E. | December 21, 2020, 7:35 PM email from K. DuFord to J. Motlagh, et al. | 16 |
| F. | December 21, 2020, 7:43 PM email from K. DuFord to B. Morgan, et al. | 25 |
| G. | December 21, 2020, 7:52 PM email from S. Wynn to K. DuFord, et al. | 36 |
| H. | December 21, 2020, 8:14 PM email from S. Wynn to K. DuFord, et al. | 39 |
| I. | December 21, 2020, 8:21 PM email from K. DuFord to S. Wynn, et al. | 50 |
| J. | December 21, 2020, 8:24 PM email from K. DuFord to S. Wynn, et al. | 62 |
| K. | December 21, 2020, 8:26 PM email from K. DuFord to S. Wynn, et al. | 66 |
| L. | December 21, 2020, 8:29 PM email from K. DuFord to S. Wynn, et al. | 79 |
| M. | December 21, 2020, 8:29 PM email from K. DuFord to S. Wynn, et al. | 92 |
| N. | December 21, 2020, 8:30 PM email from K. DuFord to S. Wynn, et al. | 105 |
| O. | December 21, 2020, 8:31 PM email from K. DuFord to S. Wynn, et al. | 118 |
| P. | December 21, 2020, 8:32 PM email from K. DuFord to S. Wynn, et al. | 131 |
| Q. | December 21, 2020, 8:48 PM email from K. DuFord to S. Wynn, et al. | 144 |
| R. | December 21, 2020, 8:50 PM email from K. DuFord to S. Wynn, et al. | 157 |

| Exhibit No. | Description | Page No. |
|---|---|---|
| S. | December 21, 2020, 9:39 PM email from K. DuFord to S. Wynn, et al. | 170 |
| T. | December 21, 2020, 10:13 PM email from S. Wynn to K. DuFord, et al. | 183 |
| U. | Transcript of K. DuFord's voice message to S. Wynn | 196 |
| V. | December 18, 2020 email from K. DuFord to J. Motlagh, et al. | 198 |
| W. | Joint Motion to Extend Joint Rule 26(f)(3) Report and Rule 26(a) Initial Disclosures | 204 |

240613501

# Exhibit A

**Motlagh, Jasmin F.**

| | |
|---|---|
| **From:** | Joel Feldman <jfeldman@slatelawgroup.com> |
| **Sent:** | Monday, December 21, 2020 4:22 PM |
| **To:** | Wynn, Summer |
| **Cc:** | Kelly DuFord Williams |
| **Subject:** | [Slate v. Dahlin, et al.] |

**[External]**

Hi Summer,

I hope all is well with you. I have left a VM with both you and your assistant, but if you could please call me back today that would be greatly appreciated.

My cell: (858) 717-0592.

Thank you!


Respectfully,

Joel Feldman
**Senior Litigation Paralegal/Team Lead**
Office: 619-546-4291
Mailing Address: 750 B St. Unit 2250, San Diego CA 92101



CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

# Exhibit B

**Motlagh, Jasmin F.**

| | |
|---|---|
| **From:** | Wynn, Summer |
| **Sent:** | Monday, December 21, 2020 6:52 PM |
| **To:** | Joel Feldman |
| **Cc:** | Motlagh, Jasmin F.; Kelly DuFord Williams |
| **Subject:** | Slate v. Dahlin, et al. |

Joel,

I'm writing to follow-up on our telephone conversation earlier this evening. I'm sorry to hear that your father has been sick.

After Defendants agreed to give Plaintiff an extension of time for the opposition brief, the briefing schedule was set by stipulation and court order on November 19, 2020. Given the timing and nature of your request, and because the schedule was set by Court order, Defendants are unable to grant an extension of time.

**Summer Wynn**
Partner
Cooley LLP
4401 Eastgate Mall
San Diego, CA   92121-1909
+1 858 550 6030 office
+1 858 550 6420 fax
swynn@cooley.com
www.cooley.com/swynn

Cooley is committed to **racial justice**

Cooley is one of Fortune's **100 Best Companies to Work For**

# Exhibit C

Exhibit C
Pg. 10

**Motlagh, Jasmin F.**

---

| | |
|---|---|
| **From:** | Kelly Williams DuFord <kedwilliams@slatelawgroup.com> |
| **Sent:** | Monday, December 21, 2020 7:19 PM |
| **To:** | Wynn, Summer |
| **Cc:** | Joel Feldman; Motlagh, Jasmin F. |
| **Subject:** | Re: Slate v. Dahlin, et al. |

**[External]**

Just left you a message from Radys with my daughter you knew about on Friday.

We should get the judge on the phone tomorrow ... my daughter has treatment at 9... when can you meet and confer with judge, Joel will schedule the 48 extension request....his dad is literally on his deathbed due to covid ... damn summer ...

Did I mention Joel's dad is in navy hospital currently??? Dying

I pray for you have an amazing argument... cause your morals and emotions are concerning...

You need to ground yourself

Sent from my iPhone


On Dec 21, 2020, at 6:52 PM, Wynn, Summer <swynn@cooley.com> wrote:

Joel,

I'm writing to follow-up on our telephone conversation earlier this evening. I'm sorry to hear that your father has been sick.

After Defendants agreed to give Plaintiff an extension of time for the opposition brief, the briefing schedule was set by stipulation and court order on November 19, 2020. Given the timing and nature of your request, and because the schedule was set by Court order, Defendants are unable to grant an extension of time.


**Summer Wynn**
Partner
Cooley LLP
4401 Eastgate Mall
San Diego, CA   92121-1909
+1 858 550 6030 office
+1 858 550 6420 fax
swynn@cooley.com
www.cooley.com/swynn

Cooley is committed to **racial justice**

Cooley is one of Fortune's **100 Best Companies to Work For**

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

# Exhibit D

**Motlagh, Jasmin F.**

---

| | |
|---|---|
| **From:** | Kelly Williams DuFord <kedwilliams@slatelawgroup.com> |
| **Sent:** | Monday, December 21, 2020 7:31 PM |
| **To:** | Wynn, Summer |
| **Cc:** | Motlagh, Jasmin F. |
| **Subject:** | Re: Slate v. Dahlin, et al. |

**[External]**

---

You will get the declaration you need my 4 year in the hospital...., and Joel's dad is dying and a navy doctor veteran.... Jesus you have no soul.

Sent from my iPhone


> On Dec 21, 2020, at 7:18 PM, Kelly Williams DuFord <kedwilliams@slatelawgroup.com> wrote:
>
> Just left you a message from Radys with my daughter you knew about on Friday.
>
> We should get the judge on the phone tomorrow ... my daughter has treatment at 9... when can you meet and confer with judge, Joel will schedule the 48 extension request....his dad is literally on his deathbed due to covid ... damn summer ...
>
> Did I mention Joel's dad is in navy hospital currently??? Dying
>
> I pray for you have an amazing argument... cause your morals and emotions are concerning...
>
> You need to ground yourself
>
> Sent from my iPhone


> > On Dec 21, 2020, at 6:52 PM, Wynn, Summer <swynn@cooley.com> wrote:
> >
> > Joel,
> >
> > I'm writing to follow-up on our telephone conversation earlier this evening. I'm sorry to hear that your father has been sick.
> >
> > After Defendants agreed to give Plaintiff an extension of time for the opposition brief, the briefing schedule was set by stipulation and court order on November 19, 2020. Given the timing and nature of your request, and because the schedule was set by Court order, Defendants are unable to grant an extension of time.
> >
> > **Summer Wynn**
> > Partner
> > Cooley LLP
> > 4401 Eastgate Mall
> > San Diego, CA   92121-1909

+1 858 550 6030 office
+1 858 550 6420 fax
swynn@cooley.com
www.cooley.com/swynn

Cooley is committed to **racial justice**

Cooley is one of Fortune's **100 Best Companies to Work For**

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

**Exhibit D**

**Pg. 15**

# Exhibit E

**Motlagh, Jasmin F.**

| | |
|---|---|
| **From:** | Kelly Williams DuFord <kedwilliams@slatelawgroup.com> |
| **Sent:** | Monday, December 21, 2020 7:35 PM |
| **To:** | Motlagh, Jasmin F. |
| **Cc:** | Bryan Morgan; Wynn, Summer; Staten, Jayme; Salas, Marisa; Branden Sigua; Bryan Blanco; Joel Feldman; Esther Hernandez |
| **Subject:** | Re: Slate adv. Dahlin, et al. - Joint Motion |

**[External]**

I believer summer wants he to respond to 360 letting them know click up doesn't care about Joel's dad or my daughter...? Idk yet

Sent from my iPhone


On Dec 21, 2020, at 6:07 PM, Motlagh, Jasmin F. <jmotlagh@cooley.com> wrote:

Hi Bryan,

The document was not attached to either email.  Please resend.

Thank you,
Jasmin

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Sent:** Monday, December 21, 2020 5:21 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>; Wynn, Summer <swynn@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>; Joel Feldman <jfeldman@slatelawgroup.com>; Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

**[External]**

Dear Counsel:

On my end it appears the documents were not attached despite seeing them on the email.  If you did receive the documents on the first email, please disregard.

Thanks,

Bryan Morgan

<image001.png>
<image002.gif>
<image003.gif>

CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Date:** Monday, December 21, 2020 at 5:17 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>, Wynn, Summer <swynn@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

Dear Counsel:

As agreed during our Rule 26 meet and confer, attached is the Joint Motion to Extend Initial Disclosures and Joint Discovery Report.  Please revert with your proposed tracked changes.

Additionally, we will be submitting the proposed Joint Discovery Plan to your office by mid-January in anticipation of the January 29, 2021, submission date.

Please let us know if you have any questions or concerns.

Regards,

Bryan Morgan

<image004.png>
<image005.gif>
<image006.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Date:** Friday, December 18, 2020 at 1:41 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>, Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>
**Cc:** Wynn, Summer <swynn@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

Thank you, Jasmin!  We will get the joint motion over to you as soon as possible.

Regards,

Bryan Morgan

<image007.png>
<image008.gif>
<image009.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**From:** Motlagh, Jasmin F. <jmotlagh@cooley.com>
**Date:** Friday, December 18, 2020 at 1:24 PM
**To:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Bryan Morgan <bmorgan@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>
**Cc:** Wynn, Summer <swynn@cooley.com>, Christine Robles <crobles@slatelawgroup.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Subject:** RE: Slate adv. Dahlin, et al

Hi all,

We are following up to confirm that the parties held their Rule 26(f) conference today and to outline what was discussed and agreed upon.  The parties agreed to submit their initial Rule 26(a) disclosures and Rule 26(f) report on January 29, 2021.  Plaintiff will draft a joint motion and proposed order to the Court with these deadlines.  The parties further agreed that Plaintiff will draft the Rule 26(f) report and will submit it to Defendants for comments/revisions by a certain date, and that Plaintiff will let Defendants know when it anticipates providing a draft.

Thank you,
Jasmin

**From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
**Sent:** Friday, December 18, 2020 9:58 AM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>; Bryan Morgan <bmorgan@slatelawgroup.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>
**Cc:** Wynn, Summer <swynn@cooley.com>; Christine Robles <crobles@slatelawgroup.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

[External]

---

That works for me. just in case I also cc'd a few other associates so we can make sure someone is there. Also, Joel is OOO so Bryan Morgan is also cc'd on this email

On Fri, Dec 18, 2020 at 9:55 AM Motlagh, Jasmin F. <jmotlagh@cooley.com> wrote:

We are available between 1:00 and 2:00 p.m.  If that works, I will circulate a dial-in for 1:00 p.m.

**From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
**Sent:** Friday, December 18, 2020 8:39 AM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>
**Cc:** Wynn, Summer <swynn@cooley.com>; Christine Robles <crobles@slatelawgroup.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

[External]

Anytime today :)

On Fri, Dec 18, 2020 at 8:35 AM Motlagh, Jasmin F. <jmotlagh@cooley.com> wrote:

Counsel,

Following up on the below, we have yet to receive your availability to meet and confer.  Let us know when you are available to confer.

Thank you,

Jasmin

**From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
**Sent:** Monday, December 14, 2020 10:59 AM
**To:** Wynn, Summer <swynn@cooley.com>
**Cc:** Christine Robles <crobles@slatelawgroup.com>; Motlagh, Jasmin F. <jmotlagh@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

[External]

I will find time for it to happen this week.

On Mon, Dec 14, 2020 at 10:13 AM Wynn, Summer <swynn@cooley.com> wrote:

The rules contemplate a meaningful discussion. Let us know the availability of counsel of record, even if later this week.

**From:** Christine Robles <crobles@slatelawgroup.com>
**Sent:** Monday, December 14, 2020 10:09 AM
**To:** Wynn, Summer <swynn@cooley.com>
**Cc:** Kelly Williams DuFord <kedwilliams@slatelawgroup.com>; Motlagh, Jasmin F. <jmotlagh@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

**[External]**

---

We literally have all day depositions. I will see if someone can do it.

On Mon, Dec 14, 2020 at 8:59 AM Wynn, Summer <swynn@cooley.com> wrote:

Counsel – pursuant to the Rules, Monday December 14 is the last day for the parties to meet and confer under Rule 26(f). Please let us know when you are available to confer.

Thanks,

Summer

**Summer Wynn**

Partner

Cooley LLP

4401 Eastgate Mall

San Diego, CA   92121-1909

+1 858 550 6030 office

+1 858 550 6420 fax

swynn@cooley.com

www.cooley.com/swynn

Cooley is committed to **racial justice**

Cooley is one of Fortune's **100 Best Companies to Work For**

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

--





CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply

email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

--







CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

--



CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy

all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

# Exhibit F

**Motlagh, Jasmin F.**

---

| | |
|---|---|
| **From:** | Kelly Williams DuFord <kedwilliams@slatelawgroup.com> |
| **Sent:** | Monday, December 21, 2020 7:43 PM |
| **To:** | Bryan Morgan |
| **Cc:** | Wynn, Summer; Motlagh, Jasmin F.; Staten, Jayme; Salas, Marisa; Branden Sigua; Bryan Blanco; Joel Feldman; Esther Hernandez |
| **Subject:** | Re: Slate adv. Dahlin, et al. - Joint Motion |

**[External]**

360 asked for comment ..... I will let them know summer can't grant a 48 hour extension for dying people and kids in CoVid. It's nuts ... no wonder click up hated Cooley to begin with

Also we need to maybe meet and confer on the  dark web weird stuff we got about ███████ ?

Someone is hell bent on exposing ████████ .... ████████████████████████████████ ??

Idk— but 48 hours and this must be worth it to click up because ████████████████████████████████ .

Sent from my iPhone


On Dec 21, 2020, at 6:25 PM, Bryan Morgan <bmorgan@slatelawgroup.com> wrote:


Ok, third time's a charm?  Fingers crossed!

Thanks,

Bryan Morgan

<image001.png>
<image002.gif>
<image003.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.


**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Date:** Monday, December 21, 2020 at 6:17 PM
**To:** Wynn, Summer <swynn@cooley.com>, Motlagh, Jasmin F. <jmotlagh@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman

<jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

It goes to the Box app at Box.com. Let me reboot and see if they will attach.  Resending in just a few.

Thanks,

Bryan Morgan

<image004.png>
<image005.gif>
<image006.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Wynn, Summer <swynn@cooley.com>
**Date:** Monday, December 21, 2020 at 6:13 PM
**To:** Bryan Morgan <bmorgan@slatelawgroup.com>, Motlagh, Jasmin F. <jmotlagh@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** RE: Slate adv. Dahlin, et al. - Joint Motion

We cannot click on an unauthorized link. What does the link go to?

Ok if you want to send them as attachments tomorrow.

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Sent:** Monday, December 21, 2020 6:12 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>; Wynn, Summer <swynn@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>; Joel Feldman <jfeldman@slatelawgroup.com>; Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

**[External]**

I'm not sure what is going on with my mail app.  Please use this link to download through Box.  Let me know if you have any issues, and thanks for confirmation.

Thanks,

Bryan Morgan

<image008.gif>
<image009.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**From:** Motlagh, Jasmin F. <jmotlagh@cooley.com>
**Date:** Monday, December 21, 2020 at 6:07 PM
**To:** Bryan Morgan <bmorgan@slatelawgroup.com>, Wynn, Summer <swynn@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** RE: Slate adv. Dahlin, et al. - Joint Motion

Hi Bryan,

The document was not attached to either email.  Please resend.

Thank you,
Jasmin

---

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Sent:** Monday, December 21, 2020 5:21 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>; Wynn, Summer <swynn@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>; Joel Feldman <jfeldman@slatelawgroup.com>; Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

**[External]**

Dear Counsel:

On my end it appears the documents were not attached despite seeing them on the email.  If you did receive the documents on the first email, please disregard.

Thanks,

Bryan Morgan

<image010.png>
<image011.gif>
<image012.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete

the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Date:** Monday, December 21, 2020 at 5:17 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>, Wynn, Summer <swynn@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

Dear Counsel:

As agreed during our Rule 26 meet and confer, attached is the Joint Motion to Extend Initial Disclosures and Joint Discovery Report.  Please revert with your proposed tracked changes.

Additionally, we will be submitting the proposed Joint Discovery Plan to your office by mid-January in anticipation of the January 29, 2021, submission date.

Please let us know if you have any questions or concerns.

Regards,

Bryan Morgan

<image013.png>
<image014.gif>
<image015.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Date:** Friday, December 18, 2020 at 1:41 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>, Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>
**Cc:** Wynn, Summer <swynn@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

Thank you, Jasmin!  We will get the joint motion over to you as soon as possible.

Regards,

Bryan Morgan

<image016.png>
<image017.gif>
<image018.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Motlagh, Jasmin F. <jmotlagh@cooley.com>
**Date:** Friday, December 18, 2020 at 1:24 PM
**To:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Bryan Morgan <bmorgan@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>
**Cc:** Wynn, Summer <swynn@cooley.com>, Christine Robles <crobles@slatelawgroup.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Subject:** RE: Slate adv. Dahlin, et al

Hi all,

We are following up to confirm that the parties held their Rule 26(f) conference today and to outline what was discussed and agreed upon.  The parties agreed to submit their initial Rule 26(a) disclosures and Rule 26(f) report on January 29, 2021.  Plaintiff will draft a joint motion and proposed order to the Court with these deadlines.  The parties further agreed that Plaintiff will draft the Rule 26(f) report and will submit it to Defendants for comments/revisions by a certain date, and that Plaintiff will let Defendants know when it anticipates providing a draft.

Thank you,
Jasmin

**From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
**Sent:** Friday, December 18, 2020 9:58 AM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>; Bryan Morgan <bmorgan@slatelawgroup.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>
**Cc:** Wynn, Summer <swynn@cooley.com>; Christine Robles <crobles@slatelawgroup.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

**[External]**

That works for me. just in case I also cc'd a few other associates so we can make sure someone is there. Also, Joel is OOO so Bryan Morgan is also cc'd on this email

On Fri, Dec 18, 2020 at 9:55 AM Motlagh, Jasmin F. <jmotlagh@cooley.com> wrote:

We are available between 1:00 and 2:00 p.m.  If that works, I will circulate a dial-in for 1:00 p.m.

**From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
**Sent:** Friday, December 18, 2020 8:39 AM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>
**Cc:** Wynn, Summer <swynn@cooley.com>; Christine Robles <crobles@slatelawgroup.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

[External]

Anytime today :)

On Fri, Dec 18, 2020 at 8:35 AM Motlagh, Jasmin F. <jmotlagh@cooley.com> wrote:

Counsel,

Following up on the below, we have yet to receive your availability to meet and confer.  Let us know when you are available to confer.

Thank you,

Jasmin

**From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
**Sent:** Monday, December 14, 2020 10:59 AM
**To:** Wynn, Summer <swynn@cooley.com>
**Cc:** Christine Robles <crobles@slatelawgroup.com>; Motlagh, Jasmin F. <jmotlagh@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

[External]

I will find time for it to happen this week.

On Mon, Dec 14, 2020 at 10:13 AM Wynn, Summer <swynn@cooley.com> wrote:

The rules contemplate a meaningful discussion. Let us know the availability of counsel of record, even if later this week.

**From:** Christine Robles <crobles@slatelawgroup.com>
**Sent:** Monday, December 14, 2020 10:09 AM
**To:** Wynn, Summer <swynn@cooley.com>
**Cc:** Kelly Williams DuFord <kedwilliams@slatelawgroup.com>; Motlagh, Jasmin F. <jmotlagh@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

**[External]**

_____

We literally have all day depositions. I will see if someone can do it.

On Mon, Dec 14, 2020 at 8:59 AM Wynn, Summer <swynn@cooley.com> wrote:

Counsel – pursuant to the Rules, Monday December 14 is the last day for the parties to meet and confer under Rule 26(f). Please let us know when you are available to confer.

Thanks,

Summer

**Summer Wynn**

Partner

Cooley LLP

4401 Eastgate Mall

San Diego, CA   92121-1909

+1 858 550 6030 office

+1 858 550 6420 fax

swynn@cooley.com

www.cooley.com/swynn

Cooley is committed to **racial justice**

Cooley is one of Fortune's **100 Best Companies to Work For**

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distr bution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

--

<image019.jpg>

<image019.jpg>
<image019.jpg>

<image019.jpg>

<image019.jpg>

CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is proh bited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

--

<image019.jpg>

<image019.jpg>
<image019.jpg>

<image019.jpg>

<image019.jpg>

<image019.jpg>

CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is proh bited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

--

<image019.jpg>

<image019.jpg>
<image019.jpg>

<image019.jpg>

<image019.jpg>

<image019.jpg>

**Exhibit F**
**Pg. 34**

CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distr bution is proh bited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distr bution is proh bited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distr bution is proh bited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

<[D-1] Joint Motion to Extend Discovery (BRM) 12-21-2020.docx>
<[D-1] Order Granting Joint Motion to Extend Discovery (BRM) 12-21-2020.docx>

# Exhibit G

**Motlagh, Jasmin F.**

| | |
|---|---|
| **From:** | Wynn, Summer |
| **Sent:** | Monday, December 21, 2020 7:52 PM |
| **To:** | Kelly Williams DuFord |
| **Cc:** | Motlagh, Jasmin F.; Joel Feldman |
| **Subject:** | RE: Slate v. Dahlin, et al. |

Counsel,

I did just get a message from you from Joel's phone number. And I was about to call you back in response to your request to meet and confer. But I'm now going to have your message transcribed, because it does not say any of the below. (And I have now received two other emails from you on another email string, which I will respond to separately.)

Joel reached out around 4:30 PM today to ask for an extension because his father had been sick. He did not say anything about you or your children.

After Joel told me that he was "the only one in the office" working on this brief, I asked him why you and Christine as counsel of record were not able to work on it. He did not say anything about you needing more time, let alone you needing more time because of a sick child, and I'm going to refrain (for now) from putting in writing what he said about Christine.

I told him that I had sincere sympathy for his father being sick, and that I would discuss the request with my clients. After discussing with them, I sent the email below.

I did not request or say anything about needing a declaration. This has nothing to do with me, my emotions or my morals. I will reiterate my repeated requests that you engage in professional email communications and avoid personal attacks.

**From:** Kelly Williams DuFord <kedwilliams@slatelawgroup.com>
**Sent:** Monday, December 21, 2020 7:31 PM
**To:** Wynn, Summer <swynn@cooley.com>
**Cc:** Motlagh, Jasmin F. <jmotlagh@cooley.com>
**Subject:** Re: Slate v. Dahlin, et al.

**[External]**

You will get the declaration you need my 4 year in the hospital...., and Joel's dad is dying and a navy doctor veteran.... Jesus you have no soul.

Sent from my iPhone

> On Dec 21, 2020, at 7:18 PM, Kelly Williams DuFord <kedwilliams@slatelawgroup.com> wrote:
>
> Just left you a message from Radys with my daughter you knew about on Friday.

We should get the judge on the phone tomorrow ... my daughter has treatment at 9... when can you meet and confer with judge, Joel will schedule the 48 extension request....his dad is literally on his deathbed due to covid ... damn summer ...

Did I mention Joel's dad is in navy hospital currently??? Dying

I pray for you have an amazing argument... cause your morals and emotions are concerning...

You need to ground yourself

Sent from my iPhone

On Dec 21, 2020, at 6:52 PM, Wynn, Summer <swynn@cooley.com> wrote:

Joel,

I'm writing to follow-up on our telephone conversation earlier this evening. I'm sorry to hear that your father has been sick.

After Defendants agreed to give Plaintiff an extension of time for the opposition brief, the briefing schedule was set by stipulation and court order on November 19, 2020. Given the timing and nature of your request, and because the schedule was set by Court order, Defendants are unable to grant an extension of time.

**Summer Wynn**
Partner
Cooley LLP
4401 Eastgate Mall
San Diego, CA   92121-1909
+1 858 550 6030 office
+1 858 550 6420 fax
swynn@cooley.com
www.cooley.com/swynn

Cooley is committed to **racial justice**

Cooley is one of Fortune's **100 Best Companies to Work For**

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

# Exhibit H

**Motlagh, Jasmin F.**

| | |
|---|---|
| **From:** | Wynn, Summer |
| **Sent:** | Monday, December 21, 2020 8:14 PM |
| **To:** | Kelly Williams DuFord; Bryan Morgan |
| **Cc:** | Motlagh, Jasmin F.; Staten, Jayme; Salas, Marisa; Branden Sigua; Bryan Blanco; Joel Feldman; Esther Hernandez |
| **Subject:** | RE: Slate adv. Dahlin, et al. - Joint Motion |
| **Attachments:** | RE: Slate v. Dahlin, et al. |

Counsel – I again reiterate my repeated requests that you engage in professional email communications and avoid personal attacks.

I also ask that you stop making gross misrepresentations and defamatory statements about me and my clients.

My response to your other emails is attached.

---

**From:** Kelly Williams DuFord <kedwilliams@slatelawgroup.com>
**Sent:** Monday, December 21, 2020 7:43 PM
**To:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Cc:** Wynn, Summer <swynn@cooley.com>; Motlagh, Jasmin F. <jmotlagh@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>; Joel Feldman <jfeldman@slatelawgroup.com>; Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

**[External]**

360 asked for comment ..... I will let them know summer can't grant a 48 hour extension for dying people and kids in CoVid. It's nuts ... no wonder click up hated Cooley to begin with

Also we need to maybe meet and confer on the  dark web weird stuff we got about ███████?

Someone is hell bent on exposing ████████ .... ██████████████████████??

Idk— but 48 hours and this must be worth it to click up because █████████████████████████.

Sent from my iPhone

> On Dec 21, 2020, at 6:25 PM, Bryan Morgan <bmorgan@slatelawgroup.com> wrote:
>
> Ok, third time's a charm?  Fingers crossed!
>
> Thanks,
>
> Bryan Morgan
>
> <image001.png>
> <image002.gif>

CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Date:** Monday, December 21, 2020 at 6:17 PM
**To:** Wynn, Summer <swynn@cooley.com>, Motlagh, Jasmin F. <jmotlagh@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

It goes to the Box app at Box.com. Let me reboot and see if they will attach.  Resending in just a few.

Thanks,

Bryan Morgan

<image004.png>
<image005.gif>
<image006.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Wynn, Summer <swynn@cooley.com>
**Date:** Monday, December 21, 2020 at 6:13 PM
**To:** Bryan Morgan <bmorgan@slatelawgroup.com>, Motlagh, Jasmin F. <jmotlagh@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** RE: Slate adv. Dahlin, et al. - Joint Motion

We cannot click on an unauthorized link. What does the link go to?

Ok if you want to send them as attachments tomorrow.

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Sent:** Monday, December 21, 2020 6:12 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>; Wynn, Summer <swynn@cooley.com>; Staten, Jayme

jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>; Branden Sigua
<bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>; Joel Feldman
<jfeldman@slatelawgroup.com>; Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

**[External]**

_____

I'm not sure what is going on with my mail app.  Please use this link to download through Box.  Let me
know if you have any issues, and thanks for confirmation.

Thanks,

Bryan Morgan

<image007.png>
<image008.gif>
<image009.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the
intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you
believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete
the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-
mail, all attachments and copies thereof.

**From:** Motlagh, Jasmin F. <jmotlagh@cooley.com>
**Date:** Monday, December 21, 2020 at 6:07 PM
**To:** Bryan Morgan <bmorgan@slatelawgroup.com>, Wynn, Summer <swynn@cooley.com>,
Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua
<bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman
<jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** RE: Slate adv. Dahlin, et al. - Joint Motion

Hi Bryan,

The document was not attached to either email.  Please resend.

Thank you,
Jasmin

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Sent:** Monday, December 21, 2020 5:21 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>; Wynn, Summer <swynn@cooley.com>; Staten, Jayme
<jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>; Branden Sigua
<bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>; Joel Feldman
<jfeldman@slatelawgroup.com>; Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

**[External]**

Dear Counsel:

On my end it appears the documents were not attached despite seeing them on the email.  If you did receive the documents on the first email, please disregard.

Thanks,

Bryan Morgan

<image010.png>
<image011.gif>
<image012.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Date:** Monday, December 21, 2020 at 5:17 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>, Wynn, Summer <swynn@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

Dear Counsel:

As agreed during our Rule 26 meet and confer, attached is the Joint Motion to Extend Initial Disclosures and Joint Discovery Report.  Please revert with your proposed tracked changes.

Additionally, we will be submitting the proposed Joint Discovery Plan to your office by mid-January in anticipation of the January 29, 2021, submission date.

Please let us know if you have any questions or concerns.

Regards,

Bryan Morgan

<image013.png>
<image014.gif>
<image015.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Date:** Friday, December 18, 2020 at 1:41 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>, Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>
**Cc:** Wynn, Summer <swynn@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

Thank you, Jasmin!  We will get the joint motion over to you as soon as possible.

Regards,

Bryan Morgan

<image016.png>
<image017.gif>
<image018.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Motlagh, Jasmin F. <jmotlagh@cooley.com>
**Date:** Friday, December 18, 2020 at 1:24 PM
**To:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Bryan Morgan <bmorgan@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>
**Cc:** Wynn, Summer <swynn@cooley.com>, Christine Robles <crobles@slatelawgroup.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Subject:** RE: Slate adv. Dahlin, et al

Hi all,

We are following up to confirm that the parties held their Rule 26(f) conference today and to outline what was discussed and agreed upon.  The parties agreed to submit their initial Rule 26(a) disclosures and Rule 26(f) report on January 29, 2021.  Plaintiff will draft a joint motion and proposed order to the Court with these deadlines.  The parties further agreed that Plaintiff will draft the Rule 26(f) report and will submit it to Defendants for comments/revisions by a certain date, and that Plaintiff will let Defendants know when it anticipates providing a draft.

Thank you,
Jasmin

**From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
**Sent:** Friday, December 18, 2020 9:58 AM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>; Bryan Morgan <bmorgan@slatelawgroup.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>

**Cc:** Wynn, Summer <swynn@cooley.com>; Christine Robles <crobles@slatelawgroup.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

[External]

---

That works for me. just in case I also cc'd a few other associates so we can make sure someone is there. Also, Joel is OOO so Bryan Morgan is also cc'd on this email

On Fri, Dec 18, 2020 at 9:55 AM Motlagh, Jasmin F. <jmotlagh@cooley.com> wrote:

We are available between 1:00 and 2:00 p.m.  If that works, I will circulate a dial-in for 1:00 p.m.

**From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
**Sent:** Friday, December 18, 2020 8:39 AM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>
**Cc:** Wynn, Summer <swynn@cooley.com>; Christine Robles <crobles@slatelawgroup.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

[External]

---

Anytime today :)

On Fri, Dec 18, 2020 at 8:35 AM Motlagh, Jasmin F. <jmotlagh@cooley.com> wrote:

Counsel,

Following up on the below, we have yet to receive your availability to meet and confer.  Let us know when you are available to confer.

Thank you,

Jasmin

**From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
**Sent:** Monday, December 14, 2020 10:59 AM
**To:** Wynn, Summer <swynn@cooley.com>

6

**Exhibit H**
**Pg. 45**

**Cc:** Christine Robles <crobles@slatelawgroup.com>; Motlagh, Jasmin F. <jmotlagh@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

[External]

---

I will find time for it to happen this week.

On Mon, Dec 14, 2020 at 10:13 AM Wynn, Summer <swynn@cooley.com> wrote:

The rules contemplate a meaningful discussion. Let us know the availability of counsel of record, even if later this week.

**From:** Christine Robles <crobles@slatelawgroup.com>
**Sent:** Monday, December 14, 2020 10:09 AM
**To:** Wynn, Summer <swynn@cooley.com>
**Cc:** Kelly Williams DuFord <kedwilliams@slatelawgroup.com>; Motlagh, Jasmin F. <jmotlagh@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

[External]

---

We literally have all day depositions. I will see if someone can do it.

On Mon, Dec 14, 2020 at 8:59 AM Wynn, Summer <swynn@cooley.com> wrote:

Counsel – pursuant to the Rules, Monday December 14 is the last day for the parties to meet and confer under Rule 26(f). Please let us know when you are available to confer.

Thanks,

Summer

**Summer Wynn**

Partner

Cooley LLP

4401 Eastgate Mall

San Diego, CA   92121-1909

+1 858 550 6030 office

+1 858 550 6420 fax

swynn@cooley.com

www.cooley.com/swynn


Cooley is committed to **racial justice**

Cooley is one of Fortune's **100 Best Companies to Work For**

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distr bution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

--

<image019.jpg>


<image019.jpg>
<image019.jpg>
<image019.jpg>
<image019.jpg>

**Exhibit H**
**Pg. 47**

CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the
intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you
believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete
the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-
mail, all attachments and copies thereof.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any
unauthorized review, use, disclosure or distribution is proh bited. If you are not the intended recipient, please contact the sender by reply
email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message
is subject to access, review and disclosure by the sender's Email System Administrator.

--


<image019.jpg>


<image019.jpg>
<image019.jpg>
<image019.jpg>
<image019.jpg>


<image019.jpg>

CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the
intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you
believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the
e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all
attachments and copies thereof.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any
unauthorized review, use, disclosure or distribution is proh bited. If you are not the intended recipient, please contact the sender by reply
email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is
subject to access, review and disclosure by the sender's Email System Administrator.

--

CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distr bution is proh bited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distr bution is proh bited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distr bution is proh bited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

<[D-1] Joint Motion to Extend Discovery (BRM) 12-21-2020.docx>
<[D-1] Order Granting Joint Motion to Extend Discovery (BRM) 12-21-2020.docx>

# Exhibit I

Exhibit I
Pg. 50

**Motlagh, Jasmin F.**

| | |
|---|---|
| **From:** | Kelly Williams DuFord <kedwilliams@slatelawgroup.com> |
| **Sent:** | Monday, December 21, 2020 8:21 PM |
| **To:** | Wynn, Summer |
| **Cc:** | Bryan Morgan; Motlagh, Jasmin F.; Staten, Jayme; Salas, Marisa; Branden Sigua; Bryan Blanco; Joel Feldman; Esther Hernandez |
| **Subject:** | Re: Slate adv. Dahlin, et al. - Joint Motion |

**[External]**

Call me 6194558311— you saw me on Friday when you damned I meet and confer ...: talk to me and call me or deal with the court am
...

How much more time do you want from with sick 4 year old?!!

Sent from my iPhone


On Dec 21, 2020, at 8:14 PM, Wynn, Summer <swynn@cooley.com> wrote:

Counsel – I again reiterate my repeated requests that you engage in professional email communications and avoid personal attacks.

I also ask that you stop making gross misrepresentations and defamatory statements about me and my clients.

My response to your other emails is attached.

**From:** Kelly Williams DuFord <kedwilliams@slatelawgroup.com>
**Sent:** Monday, December 21, 2020 7:43 PM
**To:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Cc:** Wynn, Summer <swynn@cooley.com>; Motlagh, Jasmin F. <jmotlagh@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>; Joel Feldman <jfeldman@slatelawgroup.com>; Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

**[External]**

360 asked for comment ..... I will let them know summer can't grant a 48 hour extension for dying people and kids in CoVid. It's nuts ... no wonder click up hated Cooley to begin with

Also we need to maybe meet and confer on the  dark web weird stuff we got about ██████ ?

Someone is hell bent on exposing ████████ .... ██████████████████████ ??

Idk— but 48 hours and this must be worth it to click up because ████████████████████ ██████████

Sent from my iPhone

On Dec 21, 2020, at 6:25 PM, Bryan Morgan <bmorgan@slatelawgroup.com> wrote:

Ok, third time's a charm?  Fingers crossed!

Thanks,

Bryan Morgan

<image001.png>
<image002.gif>
<image003.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Date:** Monday, December 21, 2020 at 6:17 PM
**To:** Wynn, Summer <swynn@cooley.com>, Motlagh, Jasmin F. <jmotlagh@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

It goes to the Box app at Box.com. Let me reboot and see if they will attach.  Resending in just a few.

Thanks,

Bryan Morgan

<image004.png>
<image005.gif>
<image006.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read

this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**From:** Wynn, Summer <swynn@cooley.com>
**Date:** Monday, December 21, 2020 at 6:13 PM
**To:** Bryan Morgan <bmorgan@slatelawgroup.com>, Motlagh, Jasmin F. <jmotlagh@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** RE: Slate adv. Dahlin, et al. - Joint Motion

We cannot click on an unauthorized link. What does the link go to?

Ok if you want to send them as attachments tomorrow.

---

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Sent:** Monday, December 21, 2020 at 6:12 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>; Wynn, Summer <swynn@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>; Joel Feldman <jfeldman@slatelawgroup.com>; Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

**[External]**

---

I'm not sure what is going on with my mail app.  Please use this link to download through Box.  Let me know if you have any issues, and thanks for confirmation.

Thanks,

Bryan Morgan

<image007.png>
<image008.gif>
<image009.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**From:** Motlagh, Jasmin F. <jmotlagh@cooley.com>
**Date:** Monday, December 21, 2020 at 6:07 PM

**To:** Bryan Morgan <bmorgan@slatelawgroup.com>, Wynn, Summer <swynn@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** RE: Slate adv. Dahlin, et al. - Joint Motion

Hi Bryan,

The document was not attached to either email.  Please resend.

Thank you,
Jasmin

---

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Sent:** Monday, December 21, 2020 5:21 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>; Wynn, Summer <swynn@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>; Joel Feldman <jfeldman@slatelawgroup.com>; Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

**[External]**

Dear Counsel:

On my end it appears the documents were not attached despite seeing them on the email.  If you did receive the documents on the first email, please disregard.

Thanks,

Bryan Morgan

<image010.png>
<image011.gif>
<image012.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Date:** Monday, December 21, 2020 at 5:17 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>, Wynn, Summer

<swynn@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

Dear Counsel:

As agreed during our Rule 26 meet and confer, attached is the Joint Motion to Extend Initial Disclosures and Joint Discovery Report.  Please revert with your proposed tracked changes.

Additionally, we will be submitting the proposed Joint Discovery Plan to your office by mid-January in anticipation of the January 29, 2021, submission date.

Please let us know if you have any questions or concerns.

Regards,

Bryan Morgan

<image013.png>
<image014.gif>
<image015.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Date:** Friday, December 18, 2020 at 1:41 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>, Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>
**Cc:** Wynn, Summer <swynn@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

Thank you, Jasmin!  We will get the joint motion over to you as soon as possible.

Regards,

Bryan Morgan

<image016.png>
<image017.gif>
<image018.gif>

CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Motlagh, Jasmin F. <jmotlagh@cooley.com>
**Date:** Friday, December 18, 2020 at 1:24 PM
**To:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Bryan Morgan <bmorgan@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>
**Cc:** Wynn, Summer <swynn@cooley.com>, Christine Robles <crobles@slatelawgroup.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Subject:** RE: Slate adv. Dahlin, et al

Hi all,

We are following up to confirm that the parties held their Rule 26(f) conference today and to outline what was discussed and agreed upon.  The parties agreed to submit their initial Rule 26(a) disclosures and Rule 26(f) report on January 29, 2021.  Plaintiff will draft a joint motion and proposed order to the Court with these deadlines.  The parties further agreed that Plaintiff will draft the Rule 26(f) report and will submit it to Defendants for comments/revisions by a certain date, and that Plaintiff will let Defendants know when it anticipates providing a draft.

Thank you,
Jasmin

**From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
**Sent:** Friday, December 18, 2020 9:58 AM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>; Bryan Morgan <bmorgan@slatelawgroup.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>
**Cc:** Wynn, Summer <swynn@cooley.com>; Christine Robles <crobles@slatelawgroup.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

**[External]**

That works for me. just in case I also cc'd a few other associates so we can make sure someone is there. Also, Joel is OOO so Bryan Morgan is also cc'd on this email

On Fri, Dec 18, 2020 at 9:55 AM Motlagh, Jasmin F. <jmotlagh@cooley.com> wrote:

We are available between 1:00 and 2:00 p.m.  If that works, I will circulate a dial-in for 1:00 p.m.

**From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
**Sent:** Friday, December 18, 2020 8:39 AM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>
**Cc:** Wynn, Summer <swynn@cooley.com>; Christine Robles
<crobles@slatelawgroup.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa
<msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al


**[External]**

_____


Anytime today :)


On Fri, Dec 18, 2020 at 8:35 AM Motlagh, Jasmin F. <jmotlagh@cooley.com> wrote:

  Counsel,


  Following up on the below, we have yet to receive your availability to meet and
  confer.  Let us know when you are available to confer.


  Thank you,

  Jasmin


  **From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
  **Sent:** Monday, December 14, 2020 10:59 AM
  **To:** Wynn, Summer <swynn@cooley.com>
  **Cc:** Christine Robles <crobles@slatelawgroup.com>; Motlagh, Jasmin F.
  <jmotlagh@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa
  <msalas@cooley.com>
  **Subject:** Re: Slate adv. Dahlin, et al


  **[External]**

  _____


  I will find time for it to happen this week.

7
**Exhibit I**
**Pg. 57**

On Mon, Dec 14, 2020 at 10:13 AM Wynn, Summer <swynn@cooley.com> wrote:

The rules contemplate a meaningful discussion. Let us know the availability of counsel of record, even if later this week.

**From:** Christine Robles <crobles@slatelawgroup.com>
**Sent:** Monday, December 14, 2020 10:09 AM
**To:** Wynn, Summer <swynn@cooley.com>
**Cc:** Kelly Williams DuFord <kedwilliams@slatelawgroup.com>; Motlagh, Jasmin F. <jmotlagh@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

**[External]**

---

We literally have all day depositions. I will see if someone can do it.

On Mon, Dec 14, 2020 at 8:59 AM Wynn, Summer <swynn@cooley.com> wrote:

Counsel – pursuant to the Rules, Monday December 14 is the last day for the parties to meet and confer under Rule 26(f). Please let us know when you are available to confer.

Thanks,

Summer

**Summer Wynn**

Partner

Cooley LLP

4401 Eastgate Mall

San Diego, CA   92121-1909

+1 858 550 6030 office

+1 858 550 6420 fax

swynn@cooley.com

www.cooley.com/swynn

Cooley is committed to **racial justice**

Cooley is one of Fortune's **100 Best Companies to Work For**

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distr bution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is proh bited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

--

<image019.jpg>

<image019.jpg>
<image019.jpg>
<image019.jpg>
<image019.jpg>

CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

--

<image019.jpg>

<image019.jpg>
<image019.jpg>
<image019.jpg>
<image019.jpg>

<image019.jpg>

CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

--

<image019.jpg>

<image019.jpg>
<image019.jpg>
<image019.jpg>
<image019.jpg>

<image019.jpg>

CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distr bution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distr bution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distr bution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

<[D-1] Joint Motion to Extend Discovery (BRM) 12-21-2020.docx>
<[D-1] Order Granting Joint Motion to Extend Discovery (BRM) 12-21-2020.docx>

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distr bution is proh bited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

<mime-attachment>

# Exhibit J

**Motlagh, Jasmin F.**

| | |
|---|---|
| **From:** | Kelly Williams DuFord <kedwilliams@slatelawgroup.com> |
| **Sent:** | Monday, December 21, 2020 8:24 PM |
| **To:** | Wynn, Summer |
| **Cc:** | Motlagh, Jasmin F.; Joel Feldman |
| **Subject:** | Re: Slate v. Dahlin, et al. |

**[External]**

Also — tell us all what Joel said about Christine?? Like really?? This is insane that you are that insensitive to family and Covid-19

Do you wan HIppa release from Christine too about her health?? It's health related also ....

Please summer do want someone to die for an extension? What would you personally happy for 48 hours??

Sent from my iPhone

On Dec 21, 2020, at 7:51 PM, Wynn, Summer <swynn@cooley.com> wrote:

Counsel,

I did just get a message from you from Joel's phone number. And I was about to call you back in response to your request to meet and confer. But I'm now going to have your message transcribed, because it does not say any of the below. (And I have now received two other emails from you on another email string, which I will respond to separately.)

Joel reached out around 4:30 PM today to ask for an extension because his father had been sick. He did not say anything about you or your children.

After Joel told me that he was "the only one in the office" working on this brief, I asked him why you and Christine as counsel of record were not able to work on it. He did not say anything about you needing more time, let alone you needing more time because of a sick child, and I'm going to refrain (for now) from putting in writing what he said about Christine.

I told him that I had sincere sympathy for his father being sick, and that I would discuss the request with my clients. After discussing with them, I sent the email below.

I did not request or say anything about needing a declaration. This has nothing to do with me, my emotions or my morals. I will reiterate my repeated requests that you engage in professional email communications and avoid personal attacks.

**From:** Kelly Williams DuFord <kedwilliams@slatelawgroup.com>
**Sent:** Monday, December 21, 2020 7:31 PM
**To:** Wynn, Summer <swynn@cooley.com>

**Cc:** Motlagh, Jasmin F. <jmotlagh@cooley.com>
**Subject:** Re: Slate v. Dahlin, et al.

**[External]**

You will get the declaration you need my 4 year in the hospital...., and Joel's dad is dying and a navy doctor veteran.... Jesus you have no soul.

Sent from my iPhone

> On Dec 21, 2020, at 7:18 PM, Kelly Williams DuFord <kedwilliams@slatelawgroup.com> wrote:
>
> Just left you a message from Radys with my daughter you knew about on Friday.
>
> We should get the judge on the phone tomorrow ... my daughter has treatment at 9... when can you meet and confer with judge, Joel will schedule the 48 extension request....his dad is literally on his deathbed due to covid ... damn summer ...
>
> Did I mention Joel's dad is in navy hospital currently??? Dying
>
> I pray for you have an amazing argument... cause your morals and emotions are concerning...
>
> You need to ground yourself
>
> Sent from my iPhone

>> On Dec 21, 2020, at 6:52 PM, Wynn, Summer <swynn@cooley.com> wrote:
>>
>> Joel,
>>
>> I'm writing to follow-up on our telephone conversation earlier this evening. I'm sorry to hear that your father has been sick.
>>
>> After Defendants agreed to give Plaintiff an extension of time for the opposition brief, the briefing schedule was set by stipulation and court order on November 19, 2020. Given the timing and nature of your request, and because the schedule was set by Court order, Defendants are unable to grant an extension of time.
>>
>> **Summer Wynn**
>> Partner
>> Cooley LLP
>> 4401 Eastgate Mall
>> San Diego, CA   92121-1909
>> +1 858 550 6030 office
>> +1 858 550 6420 fax

swynn@cooley.com
www.cooley.com/swynn

Cooley is committed to **racial justice**

Cooley is one of Fortune's **100 Best Companies to Work For**

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

# Exhibit K

**Motlagh, Jasmin F.**

| | |
|---|---|
| **From:** | Kelly Williams DuFord <kedwilliams@slatelawgroup.com> |
| **Sent:** | Monday, December 21, 2020 8:26 PM |
| **To:** | Wynn, Summer |
| **Cc:** | Bryan Morgan; Motlagh, Jasmin F.; Staten, Jayme; Salas, Marisa; Branden Sigua; Bryan Blanco; Joel Feldman; Esther Hernandez |
| **Subject:** | Re: Slate adv. Dahlin, et al. - Joint Motion |

**[External]**

Is this fun for you? For us family after family member... I should ask for Jan 6....but I asked 48 hours... you are so ungrounded in reality

Sent from my iPhone

> On Dec 21, 2020, at 8:20 PM, Kelly Williams DuFord <kedwilliams@slatelawgroup.com> wrote:
>
> Call me 6194558311— you saw me on Friday when you damned I meet and confer ...: talk to me and call me or deal with the court am
> ...
>
> How much more time do you want from with sick 4 year old?!!
>
> Sent from my iPhone

>> On Dec 21, 2020, at 8:14 PM, Wynn, Summer <swynn@cooley.com> wrote:
>>
>> Counsel – I again reiterate my repeated requests that you engage in professional email communications and avoid personal attacks.
>>
>> I also ask that you stop making gross misrepresentations and defamatory statements about me and my clients.
>>
>> My response to your other emails is attached.
>>
>> **From:** Kelly Williams DuFord <kedwilliams@slatelawgroup.com>
>> **Sent:** Monday, December 21, 2020 7:43 PM
>> **To:** Bryan Morgan <bmorgan@slatelawgroup.com>
>> **Cc:** Wynn, Summer <swynn@cooley.com>; Motlagh, Jasmin F. <jmotlagh@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>; Joel Feldman <jfeldman@slatelawgroup.com>; Esther Hernandez <ehernandez@slatelawgroup.com>
>> **Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion
>>
>> **[External]**

360 asked for comment ..... I will let them know summer can't grant a 48 hour extension for dying people and kids in CoVid. It's nuts ... no wonder click up hated Cooley to begin with

Also we need to maybe meet and confer on the  dark web weird stuff we got about ███?

Someone is hell bent on exposing ████████ .... ███████████████████████ ███ ??

Idk— but 48 hours and this must be worth it to click up because ██████████████ ███████████████████

Sent from my iPhone


On Dec 21, 2020, at 6:25 PM, Bryan Morgan <bmorgan@slatelawgroup.com> wrote:


Ok, third time's a charm?  Fingers crossed!

Thanks,

Bryan Morgan

<image001.png>
<image002.gif>
<image003.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.


**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Date:** Monday, December 21, 2020 at 6:17 PM
**To:** Wynn, Summer <swynn@cooley.com>, Motlagh, Jasmin F. <jmotlagh@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

It goes to the Box app at Box.com. Let me reboot and see if they will attach.  Resending in just a few.

Thanks,

Bryan Morgan

<image004.png>
<image005.gif>
<image006.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**From:** Wynn, Summer <swynn@cooley.com>
**Date:** Monday, December 21, 2020 at 6:13 PM
**To:** Bryan Morgan <bmorgan@slatelawgroup.com>, Motlagh, Jasmin F. <jmotlagh@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** RE: Slate adv. Dahlin, et al. - Joint Motion

We cannot click on an unauthorized link. What does the link go to?

Ok if you want to send them as attachments tomorrow.

---

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Sent:** Monday, December 21, 2020 6:12 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>; Wynn, Summer <swynn@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>; Joel Feldman <jfeldman@slatelawgroup.com>; Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

**[External]**

I'm not sure what is going on with my mail app.  Please use this link to download through Box.  Let me know if you have any issues, and thanks for confirmation.

Thanks,

Bryan Morgan

<image007.png>
<image008.gif>
<image009.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**From:** Motlagh, Jasmin F. <jmotlagh@cooley.com>
**Date:** Monday, December 21, 2020 at 6:07 PM
**To:** Bryan Morgan <bmorgan@slatelawgroup.com>, Wynn, Summer <swynn@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** RE: Slate adv. Dahlin, et al. - Joint Motion

Hi Bryan,

The document was not attached to either email.  Please resend.

Thank you,
Jasmin

---

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Sent:** Monday, December 21, 2020 5:21 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>; Wynn, Summer <swynn@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>; Joel Feldman <jfeldman@slatelawgroup.com>; Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

[External]

4
**Exhibit K**
**Pg. 70**

Dear Counsel:

On my end it appears the documents were not attached despite seeing them on the email. If you did receive the documents on the first email, please disregard.

Thanks,

Bryan Morgan

<image010.png>
<image011.gif>
<image012.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Date:** Monday, December 21, 2020 at 5:17 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>, Wynn, Summer <swynn@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

Dear Counsel:

As agreed during our Rule 26 meet and confer, attached is the Joint Motion to Extend Initial Disclosures and Joint Discovery Report. Please revert with your proposed tracked changes.

Additionally, we will be submitting the proposed Joint Discovery Plan to your office by mid-January in anticipation of the January 29, 2021, submission date.

Please let us know if you have any questions or concerns.

Regards,

Bryan Morgan

<image014.gif>
<image015.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Date:** Friday, December 18, 2020 at 1:41 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>, Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>
**Cc:** Wynn, Summer <swynn@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

Thank you, Jasmin!  We will get the joint motion over to you as soon as possible.

Regards,

Bryan Morgan

<image016.png>
<image017.gif>
<image018.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Motlagh, Jasmin F. <jmotlagh@cooley.com>
**Date:** Friday, December 18, 2020 at 1:24 PM
**To:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Bryan Morgan <bmorgan@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>
**Cc:** Wynn, Summer <swynn@cooley.com>, Christine Robles <crobles@slatelawgroup.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Subject:** RE: Slate adv. Dahlin, et al

Hi all,

We are following up to confirm that the parties held their Rule 26(f) conference today and to outline what was discussed and agreed upon. The parties agreed to submit their initial Rule 26(a) disclosures and Rule 26(f) report on January 29, 2021. Plaintiff will draft a joint motion and proposed order to the Court with these deadlines. The parties further agreed that Plaintiff will draft the Rule 26(f) report and will submit it to Defendants for comments/revisions by a certain date, and that Plaintiff will let Defendants know when it anticipates providing a draft.

Thank you,
Jasmin

**From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
**Sent:** Friday, December 18, 2020 9:58 AM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>; Bryan Morgan <bmorgan@slatelawgroup.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>
**Cc:** Wynn, Summer <swynn@cooley.com>; Christine Robles <crobles@slatelawgroup.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

**[External]**

---

That works for me. just in case I also cc'd a few other associates so we can make sure someone is there. Also, Joel is OOO so Bryan Morgan is also cc'd on this email

On Fri, Dec 18, 2020 at 9:55 AM Motlagh, Jasmin F. <jmotlagh@cooley.com> wrote:

> We are available between 1:00 and 2:00 p.m. If that works, I will circulate a dial-in for 1:00 p.m.
>
>
> **From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
> **Sent:** Friday, December 18, 2020 8:39 AM
> **To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>
> **Cc:** Wynn, Summer <swynn@cooley.com>; Christine Robles <crobles@slatelawgroup.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
> **Subject:** Re: Slate adv. Dahlin, et al
>
>
> **[External]**

---

Anytime today :)

On Fri, Dec 18, 2020 at 8:35 AM Motlagh, Jasmin F.
<jmotlagh@cooley.com> wrote:

> Counsel,
>
> Following up on the below, we have yet to receive your availability to
> meet and confer.  Let us know when you are available to confer.
>
> Thank you,
>
> Jasmin
>
> **From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
> **Sent:** Monday, December 14, 2020 10:59 AM
> **To:** Wynn, Summer <swynn@cooley.com>
> **Cc:** Christine Robles <crobles@slatelawgroup.com>; Motlagh, Jasmin
> F. <jmotlagh@cooley.com>; Staten, Jayme <jstaten@cooley.com>;
> Salas, Marisa <msalas@cooley.com>
> **Subject:** Re: Slate adv. Dahlin, et al
>
> **[External]**
>
> ---
>
> I will find time for it to happen this week.
>
> On Mon, Dec 14, 2020 at 10:13 AM Wynn, Summer
> <swynn@cooley.com> wrote:
>
>> The rules contemplate a meaningful discussion. Let us know
>> the availability of counsel of record, even if later this week.
>>
>> **From:** Christine Robles <crobles@slatelawgroup.com>
>> **Sent:** Monday, December 14, 2020 10:09 AM

**To:** Wynn, Summer <swynn@cooley.com>
**Cc:** Kelly Williams DuFord <kedwilliams@slatelawgroup.com>;
Motlagh, Jasmin F. <jmotlagh@cooley.com>; Staten, Jayme
<jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

**[External]**

---

We literally have all day depositions. I will see if someone can do it.

On Mon, Dec 14, 2020 at 8:59 AM Wynn, Summer
<swynn@cooley.com> wrote:

Counsel – pursuant to the Rules, Monday December 14 is the
last day for the parties to meet and confer under Rule 26(f).
Please let us know when you are available to confer.

Thanks,

Summer

**Summer Wynn**

Partner

Cooley LLP

4401 Eastgate Mall

San Diego, CA   92121-1909

+1 858 550 6030 office

+1 858 550 6420 fax

swynn@cooley.com

www.cooley.com/swynn

Cooley is committed to **racial justice**

Cooley is one of Fortune's **100 Best Companies to Work For**

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distr bution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

--

<image019.jpg>

<image019.jpg>
<image019.jpg>
<image019.jpg>
<image019.jpg>

CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be

advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

--

&lt;image019.jpg&gt;

&lt;image019.jpg&gt;
&lt;image019.jpg&gt;
&lt;image019.jpg&gt;
&lt;image019.jpg&gt;

&lt;image019.jpg&gt;

CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is proh bited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

--

&lt;image019.jpg&gt;

&lt;image019.jpg&gt;
&lt;image019.jpg&gt;
&lt;image019.jpg&gt;
&lt;image019.jpg&gt;

&lt;image019.jpg&gt;

CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you

11

believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

<[D-1] Joint Motion to Extend Discovery (BRM) 12-21-2020.docx>
<[D-1] Order Granting Joint Motion to Extend Discovery (BRM) 12-21-2020.docx>

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distr bution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

<mime-attachment>

# Exhibit L

Exhibit L
Pg. 79

**Motlagh, Jasmin F.**

| | |
|---|---|
| **From:** | Kelly Williams DuFord <kedwilliams@slatelawgroup.com> |
| **Sent:** | Monday, December 21, 2020 8:29 PM |
| **To:** | Wynn, Summer |
| **Cc:** | Bryan Morgan; Motlagh, Jasmin F.; Staten, Jayme; Salas, Marisa; Branden Sigua; Bryan Blanco; Joel Feldman; Esther Hernandez |
| **Subject:** | Re: Slate adv. Dahlin, et al. - Joint Motion |

[External]

It the torture to educate you on the law ... defamation....? Tell me more

Hold let attach a picture of my daughter will that make you feel better? Give me the link for box  drive??? I'll send photos ... will that enough for 48 hours? Lol it's unreal you are that detached from the world and the bigger picture

Sent from my iPhone

> On Dec 21, 2020, at 8:20 PM, Kelly Williams DuFord <kedwilliams@slatelawgroup.com> wrote:
>
> Call me 6194558311— you saw me on Friday when you damned I meet and confer ...: talk to me and call me or deal with the court am
> ...
>
> How much more time do you want from with sick 4 year old?!!
>
> Sent from my iPhone
>
>> On Dec 21, 2020, at 8:14 PM, Wynn, Summer <swynn@cooley.com> wrote:
>>
>> Counsel – I again reiterate my repeated requests that you engage in professional email communications and avoid personal attacks.
>>
>> I also ask that you stop making gross misrepresentations and defamatory statements about me and my clients.
>>
>> My response to your other emails is attached.
>>
>> **From:** Kelly Williams DuFord <kedwilliams@slatelawgroup.com>
>> **Sent:** Monday, December 21, 2020 7:43 PM
>> **To:** Bryan Morgan <bmorgan@slatelawgroup.com>
>> **Cc:** Wynn, Summer <swynn@cooley.com>; Motlagh, Jasmin F. <jmotlagh@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>; Joel Feldman <jfeldman@slatelawgroup.com>; Esther Hernandez

<ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

**[External]**

360 asked for comment ..... I will let them know summer can't grant a 48 hour extension for dying people and kids in CoVid. It's nuts ... no wonder click up hated Cooley to begin with

Also we need to maybe meet and confer on the  dark web weird stuff we got about ██████?

Someone is hell bent on exposing ███████....██████████████████ ██??

Idk— but 48 hours and this must be worth it to click up because ████████████ ███████████████.

Sent from my iPhone




On Dec 21, 2020, at 6:25 PM, Bryan Morgan <bmorgan@slatelawgroup.com> wrote:


Ok, third time's a charm?  Fingers crossed!

Thanks,

Bryan Morgan

<image001.png>
<image002.gif>
<image003.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.


**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Date:** Monday, December 21, 2020 at 6:17 PM
**To:** Wynn, Summer <swynn@cooley.com>, Motlagh, Jasmin F. <jmotlagh@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman

2

**Exhibit L**
**Pg. 81**

<jfeldman@slatelawgroup.com>, Esther Hernandez
<ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

It goes to the Box app at Box.com. Let me reboot and see if they will
attach. Resending in just a few.

Thanks,

Bryan Morgan

<image004.png>
<image005.gif>
<image006.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and
are for the sole use of the intended recipient. Use or distribution by an
unintended recipient is prohibited and may be a violation of law. If you
believe that you received this e-mail in error, then please do not read this e-mail
or any attached items, please delete the e-mail and all attachments, including
any copies thereof, and inform the sender that you have deleted the e-
mail, all attachments and copies thereof.

---

**From:** Wynn, Summer <swynn@cooley.com>
**Date:** Monday, December 21, 2020 at 6:13 PM
**To:** Bryan Morgan <bmorgan@slatelawgroup.com>, Motlagh,
Jasmin F. <jmotlagh@cooley.com>, Staten, Jayme
<jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>,
Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco
<bblanco@slatelawgroup.com>, Joel Feldman
<jfeldman@slatelawgroup.com>, Esther Hernandez
<ehernandez@slatelawgroup.com>
**Subject:** RE: Slate adv. Dahlin, et al. - Joint Motion

We cannot click on an unauthorized link. What does the link go
to?

Ok if you want to send them as attachments tomorrow.

---

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Sent:** Monday, December 21, 2020 6:12 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>; Wynn, Summer
<swynn@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas,
Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>; Branden
Sigua <bsigua@slatelawgroup.com>; Bryan Blanco
<bblanco@slatelawgroup.com>; Joel Feldman
<jfeldman@slatelawgroup.com>; Esther Hernandez
<ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

**[External]**

---

I'm not sure what is going on with my mail app.  Please use this link to download through Box.  Let me know if you have any issues, and thanks for confirmation.

Thanks,

Bryan Morgan

<image007.png>
<image008.gif>
<image009.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**From:** Motlagh, Jasmin F. <jmotlagh@cooley.com>
**Date:** Monday, December 21, 2020 at 6:07 PM
**To:** Bryan Morgan <bmorgan@slatelawgroup.com>, Wynn, Summer <swynn@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** RE: Slate adv. Dahlin, et al. - Joint Motion

Hi Bryan,

The document was not attached to either email.  Please resend.

Thank you,
Jasmin

---

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Sent:** Monday, December 21, 2020 5:21 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>; Wynn, Summer <swynn@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>; Joel Feldman <jfeldman@slatelawgroup.com>; Esther Hernandez

<ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

**[External]**

Dear Counsel:

On my end it appears the documents were not attached despite seeing them on the email.  If you did receive the documents on the first email, please disregard.

Thanks,

Bryan Morgan

<image010.png>
<image011.gif>
<image012.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Date:** Monday, December 21, 2020 at 5:17 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>, Wynn, Summer <swynn@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

Dear Counsel:

As agreed during our Rule 26 meet and confer, attached is the Joint Motion to Extend Initial Disclosures and Joint Discovery Report.  Please revert with your proposed tracked changes.

Additionally, we will be submitting the proposed Joint Discovery Plan to your office by mid-January in anticipation of the January 29, 2021, submission date.

Please let us know if you have any questions or concerns.

Regards,

Bryan Morgan

<image013.png>
<image014.gif>
<image015.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Date:** Friday, December 18, 2020 at 1:41 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>, Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>
**Cc:** Wynn, Summer <swynn@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

Thank you, Jasmin!  We will get the joint motion over to you as soon as possible.

Regards,

Bryan Morgan

<image016.png>
<image017.gif>
<image018.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Motlagh, Jasmin F. <jmotlagh@cooley.com>
**Date:** Friday, December 18, 2020 at 1:24 PM
**To:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Bryan Morgan <bmorgan@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>
**Cc:** Wynn, Summer <swynn@cooley.com>, Christine Robles <crobles@slatelawgroup.com>, Staten, Jayme

<jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Subject:** RE: Slate adv. Dahlin, et al

Hi all,

We are following up to confirm that the parties held their Rule 26(f) conference today and to outline what was discussed and agreed upon.  The parties agreed to submit their initial Rule 26(a) disclosures and Rule 26(f) report on January 29, 2021.  Plaintiff will draft a joint motion and proposed order to the Court with these deadlines.  The parties further agreed that Plaintiff will draft the Rule 26(f) report and will submit it to Defendants for comments/revisions by a certain date, and that Plaintiff will let Defendants know when it anticipates providing a draft.

Thank you,
Jasmin

**From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
**Sent:** Friday, December 18, 2020 9:58 AM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>; Bryan Morgan <bmorgan@slatelawgroup.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>
**Cc:** Wynn, Summer <swynn@cooley.com>; Christine Robles <crobles@slatelawgroup.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

**[External]**

---

That works for me. just in case I also cc'd a few other associates so we can make sure someone is there. Also, Joel is OOO so Bryan Morgan is also cc'd on this email

On Fri, Dec 18, 2020 at 9:55 AM Motlagh, Jasmin F. <jmotlagh@cooley.com> wrote:

> We are available between 1:00 and 2:00 p.m.  If that works, I will circulate a dial-in for 1:00 p.m.
>
>
>
> **From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
> **Sent:** Friday, December 18, 2020 8:39 AM
> **To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>
> **Cc:** Wynn, Summer <swynn@cooley.com>; Christine Robles <crobles@slatelawgroup.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
> **Subject:** Re: Slate adv. Dahlin, et al

**[External]**

---

Anytime today :)

On Fri, Dec 18, 2020 at 8:35 AM Motlagh, Jasmin F.
<jmotlagh@cooley.com> wrote:

Counsel,

Following up on the below, we have yet to receive your availability to meet and confer.  Let us know when you are available to confer.

Thank you,

Jasmin

**From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
**Sent:** Monday, December 14, 2020 10:59 AM
**To:** Wynn, Summer <swynn@cooley.com>
**Cc:** Christine Robles <crobles@slatelawgroup.com>; Motlagh, Jasmin F. <jmotlagh@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

**[External]**

---

I will find time for it to happen this week.

On Mon, Dec 14, 2020 at 10:13 AM Wynn, Summer <swynn@cooley.com> wrote:

The rules contemplate a meaningful discussion. Let us know the availability of counsel of record, even if later this week.

**From:** Christine Robles <crobles@slatelawgroup.com>
**Sent:** Monday, December 14, 2020 10:09 AM
**To:** Wynn, Summer <swynn@cooley.com>
**Cc:** Kelly Williams DuFord <kedwilliams@slatelawgroup.com>;
Motlagh, Jasmin F. <jmotlagh@cooley.com>; Staten, Jayme
<jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

**[External]**

---

We literally have all day depositions. I will see if someone can do it.

On Mon, Dec 14, 2020 at 8:59 AM Wynn, Summer
<swynn@cooley.com> wrote:

Counsel – pursuant to the Rules, Monday December 14 is the
last day for the parties to meet and confer under Rule 26(f).
Please let us know when you are available to confer.

Thanks,

Summer

**Summer Wynn**

Partner

Cooley LLP

4401 Eastgate Mall

San Diego, CA   92121-1909

+1 858 550 6030 office

+1 858 550 6420 fax

swynn@cooley.com

www.cooley.com/swynn

Cooley is committed to **racial justice**

Cooley is one of Fortune's **100 Best Companies to Work For**



This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distr bution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

--

<image019.jpg>

<image019.jpg>
<image019.jpg>
<image019.jpg>
<image019.jpg>

CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution

is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

--

&lt;image019.jpg&gt;

&lt;image019.jpg&gt;
&lt;image019.jpg&gt;
&lt;image019.jpg&gt;
&lt;image019.jpg&gt;

&lt;image019.jpg&gt;

CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is proh bited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

--

&lt;image019.jpg&gt;

&lt;image019.jpg&gt;
&lt;image019.jpg&gt;
&lt;image019.jpg&gt;
&lt;image019.jpg&gt;

&lt;image019.jpg&gt;

CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material,

and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

_____

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

_____

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

_____

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

<[D-1] Joint Motion to Extend Discovery (BRM) 12-21-2020.docx>
<[D-1] Order Granting Joint Motion to Extend Discovery (BRM) 12-21-2020.docx>

_____

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distr bution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

<mime-attachment>

# Exhibit M

**Motlagh, Jasmin F.**

| | |
|---|---|
| **From:** | Kelly Williams DuFord <kedwilliams@slatelawgroup.com> |
| **Sent:** | Monday, December 21, 2020 8:29 PM |
| **To:** | Wynn, Summer |
| **Cc:** | Bryan Morgan; Motlagh, Jasmin F.; Staten, Jayme; Salas, Marisa; Branden Sigua; Bryan Blanco; Joel Feldman; Esther Hernandez |
| **Subject:** | Re: Slate adv. Dahlin, et al. - Joint Motion |

**[External]**

Also I can't open you attachment at the hospital!!!

Sent from my iPhone

> On Dec 21, 2020, at 8:20 PM, Kelly Williams DuFord <kedwilliams@slatelawgroup.com> wrote:
>
> Call me 6194558311— you saw me on Friday when you damned I meet and confer ...: talk to me and call me or deal with the court am
> ...
>
> How much more time do you want from with sick 4 year old?!!
>
> Sent from my iPhone
>
>> On Dec 21, 2020, at 8:14 PM, Wynn, Summer <swynn@cooley.com> wrote:
>>
>> Counsel – I again reiterate my repeated requests that you engage in professional email communications and avoid personal attacks.
>>
>> I also ask that you stop making gross misrepresentations and defamatory statements about me and my clients.
>>
>> My response to your other emails is attached.
>>
>> **From:** Kelly Williams DuFord <kedwilliams@slatelawgroup.com>
>> **Sent:** Monday, December 21, 2020 7:43 PM
>> **To:** Bryan Morgan <bmorgan@slatelawgroup.com>
>> **Cc:** Wynn, Summer <swynn@cooley.com>; Motlagh, Jasmin F. <jmotlagh@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>; Joel Feldman <jfeldman@slatelawgroup.com>; Esther Hernandez <ehernandez@slatelawgroup.com>
>> **Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion
>>
>> **[External]**

360 asked for comment ..... I will let them know summer can't grant a 48 hour extension for dying people and kids in CoVid. It's nuts ... no wonder click up hated Cooley to begin with

Also we need to maybe meet and confer on the  dark web weird stuff we got about ███?

Someone is hell bent on exposing ██████ .... ████████████
██ ??

Idk— but 48 hours and this must be worth it to click up because ██████████
████████████ .

Sent from my iPhone




On Dec 21, 2020, at 6:25 PM, Bryan Morgan <bmorgan@slatelawgroup.com> wrote:


Ok, third time's a charm?  Fingers crossed!

Thanks,

Bryan Morgan

<image001.png>
<image002.gif>
<image003.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.


**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Date:** Monday, December 21, 2020 at 6:17 PM
**To:** Wynn, Summer <swynn@cooley.com>, Motlagh, Jasmin F. <jmotlagh@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

It goes to the Box app at Box.com. Let me reboot and see if they will
attach.  Resending in just a few.

Thanks,

Bryan Morgan

<image004.png>
<image005.gif>
<image006.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and
are for the sole use of the intended recipient. Use or distribution by an
unintended recipient is prohibited and may be a violation of law. If you
believe that you received this e-mail in error, then please do not read this e-mail
or any attached items, please delete the e-mail and all attachments, including
any copies thereof, and inform the sender that you have deleted the e-
mail, all attachments and copies thereof.

---

**From:** Wynn, Summer <swynn@cooley.com>
**Date:** Monday, December 21, 2020 at 6:13 PM
**To:** Bryan Morgan <bmorgan@slatelawgroup.com>, Motlagh,
Jasmin F. <jmotlagh@cooley.com>, Staten, Jayme
<jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>,
Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco
<bblanco@slatelawgroup.com>, Joel Feldman
<jfeldman@slatelawgroup.com>, Esther Hernandez
<ehernandez@slatelawgroup.com>
**Subject:** RE: Slate adv. Dahlin, et al. - Joint Motion

We cannot click on an unauthorized link. What does the link go
to?

Ok if you want to send them as attachments tomorrow.

---

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Sent:** Monday, December 21, 2020 6:12 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>; Wynn, Summer
<swynn@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas,
Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>; Branden
Sigua <bsigua@slatelawgroup.com>; Bryan Blanco
<bblanco@slatelawgroup.com>; Joel Feldman
<jfeldman@slatelawgroup.com>; Esther Hernandez
<ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

**[External]**

I'm not sure what is going on with my mail app.  Please use this link to download through Box.  Let me know if you have any issues, and thanks for confirmation.

Thanks,

Bryan Morgan

<image007.png>
<image008.gif>
<image009.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**From:** Motlagh, Jasmin F. <jmotlagh@cooley.com>
**Date:** Monday, December 21, 2020 at 6:07 PM
**To:** Bryan Morgan <bmorgan@slatelawgroup.com>, Wynn, Summer <swynn@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** RE: Slate adv. Dahlin, et al. - Joint Motion

Hi Bryan,

The document was not attached to either email.  Please resend.

Thank you,
Jasmin

---

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Sent:** Monday, December 21, 2020 5:21 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>; Wynn, Summer <swynn@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>; Joel Feldman <jfeldman@slatelawgroup.com>; Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

[External]

Dear Counsel:

On my end it appears the documents were not attached despite seeing them on the email.  If you did receive the documents on the first email, please disregard.

Thanks,

Bryan Morgan

<image010.png>
<image011.gif>
<image012.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Date:** Monday, December 21, 2020 at 5:17 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>, Wynn, Summer <swynn@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

Dear Counsel:

As agreed during our Rule 26 meet and confer, attached is the Joint Motion to Extend Initial Disclosures and Joint Discovery Report.  Please revert with your proposed tracked changes.

Additionally, we will be submitting the proposed Joint Discovery Plan to your office by mid-January in anticipation of the January 29, 2021, submission date.

Please let us know if you have any questions or concerns.

Regards,

Bryan Morgan

<image014.gif>
<image015.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Date:** Friday, December 18, 2020 at 1:41 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>, Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>
**Cc:** Wynn, Summer <swynn@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

Thank you, Jasmin!  We will get the joint motion over to you as soon as possible.

Regards,

Bryan Morgan

<image016.png>
<image017.gif>
<image018.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Motlagh, Jasmin F. <jmotlagh@cooley.com>
**Date:** Friday, December 18, 2020 at 1:24 PM
**To:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Bryan Morgan <bmorgan@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>
**Cc:** Wynn, Summer <swynn@cooley.com>, Christine Robles <crobles@slatelawgroup.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Subject:** RE: Slate adv. Dahlin, et al

Hi all,

We are following up to confirm that the parties held their Rule 26(f) conference today and to outline what was discussed and agreed upon. The parties agreed to submit their initial Rule 26(a) disclosures and Rule 26(f) report on January 29, 2021. Plaintiff will draft a joint motion and proposed order to the Court with these deadlines. The parties further agreed that Plaintiff will draft the Rule 26(f) report and will submit it to Defendants for comments/revisions by a certain date, and that Plaintiff will let Defendants know when it anticipates providing a draft.

Thank you,
Jasmin

**From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
**Sent:** Friday, December 18, 2020 9:58 AM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>; Bryan Morgan <bmorgan@slatelawgroup.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>
**Cc:** Wynn, Summer <swynn@cooley.com>; Christine Robles <crobles@slatelawgroup.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

[External]

---

That works for me. just in case I also cc'd a few other associates so we can make sure someone is there. Also, Joel is OOO so Bryan Morgan is also cc'd on this email

On Fri, Dec 18, 2020 at 9:55 AM Motlagh, Jasmin F. <jmotlagh@cooley.com> wrote:

We are available between 1:00 and 2:00 p.m. If that works, I will circulate a dial-in for 1:00 p.m.

**From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
**Sent:** Friday, December 18, 2020 8:39 AM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>
**Cc:** Wynn, Summer <swynn@cooley.com>; Christine Robles <crobles@slatelawgroup.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

[External]

Anytime today :)

On Fri, Dec 18, 2020 at 8:35 AM Motlagh, Jasmin F.
<jmotlagh@cooley.com> wrote:

> Counsel,
>
> Following up on the below, we have yet to receive your availability to
> meet and confer.  Let us know when you are available to confer.
>
> Thank you,
>
> Jasmin
>
> **From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
> **Sent:** Monday, December 14, 2020 10:59 AM
> **To:** Wynn, Summer <swynn@cooley.com>
> **Cc:** Christine Robles <crobles@slatelawgroup.com>; Motlagh, Jasmin
> F. <jmotlagh@cooley.com>; Staten, Jayme <jstaten@cooley.com>;
> Salas, Marisa <msalas@cooley.com>
> **Subject:** Re: Slate adv. Dahlin, et al
>
> **[External]**
>
> I will find time for it to happen this week.
>
> On Mon, Dec 14, 2020 at 10:13 AM Wynn, Summer
> <swynn@cooley.com> wrote:
>
>> The rules contemplate a meaningful discussion. Let us know
>> the availability of counsel of record, even if later this week.
>>
>> **From:** Christine Robles <crobles@slatelawgroup.com>
>> **Sent:** Monday, December 14, 2020 10:09 AM

**To:** Wynn, Summer <swynn@cooley.com>
**Cc:** Kelly Williams DuFord <kedwilliams@slatelawgroup.com>;
Motlagh, Jasmin F. <jmotlagh@cooley.com>; Staten, Jayme
<jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

**[External]**

---

We literally have all day depositions. I will see if someone can do it.

On Mon, Dec 14, 2020 at 8:59 AM Wynn, Summer
<swynn@cooley.com> wrote:

Counsel – pursuant to the Rules, Monday December 14 is the
last day for the parties to meet and confer under Rule 26(f).
Please let us know when you are available to confer.

Thanks,

Summer

**Summer Wynn**

Partner

Cooley LLP

4401 Eastgate Mall

San Diego, CA   92121-1909

+1 858 550 6030 office

+1 858 550 6420 fax

swynn@cooley.com

www.cooley.com/swynn

Cooley is committed to **racial justice**

Cooley is one of Fortune's **100 Best Companies to Work For**

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distr bution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

--

<image019.jpg>

<image019.jpg>
<image019.jpg>
<image019.jpg>
<image019.jpg>

CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be

advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

--

<image019.jpg>

<image019.jpg>
<image019.jpg>
<image019.jpg>
<image019.jpg>

<image019.jpg>

CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is proh bited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

--

<image019.jpg>

<image019.jpg>
<image019.jpg>
<image019.jpg>
<image019.jpg>

<image019.jpg>

CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you

11

**Exhibit M**
**Pg. 103**

believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

<[D-1] Joint Motion to Extend Discovery (BRM) 12-21-2020.docx>
<[D-1] Order Granting Joint Motion to Extend Discovery (BRM) 12-21-2020.docx>

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distr bution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

<mime-attachment>

# Exhibit N

**Motlagh, Jasmin F.**

| | |
|---|---|
| **From:** | Kelly Williams DuFord <kedwilliams@slatelawgroup.com> |
| **Sent:** | Monday, December 21, 2020 8:30 PM |
| **To:** | Wynn, Summer |
| **Cc:** | Bryan Morgan; Motlagh, Jasmin F.; Staten, Jayme; Salas, Marisa; Branden Sigua; Bryan Blanco; Joel Feldman; Esther Hernandez |
| **Subject:** | Re: Slate adv. Dahlin, et al. - Joint Motion |

[External]

Should we do chambers at radys?

Sent from my iPhone

> On Dec 21, 2020, at 8:20 PM, Kelly Williams DuFord <kedwilliams@slatelawgroup.com> wrote:
>
> Call me 6194558311— you saw me on Friday when you damned I meet and confer ...: talk to me and call me or deal with the court am
> ...
>
> How much more time do you want from with sick 4 year old?!!
>
> Sent from my iPhone

>> On Dec 21, 2020, at 8:14 PM, Wynn, Summer <swynn@cooley.com> wrote:
>>
>> Counsel – I again reiterate my repeated requests that you engage in professional email communications and avoid personal attacks.
>>
>> I also ask that you stop making gross misrepresentations and defamatory statements about me and my clients.
>>
>> My response to your other emails is attached.
>>
>> **From:** Kelly Williams DuFord <kedwilliams@slatelawgroup.com>
>> **Sent:** Monday, December 21, 2020 7:43 PM
>> **To:** Bryan Morgan <bmorgan@slatelawgroup.com>
>> **Cc:** Wynn, Summer <swynn@cooley.com>; Motlagh, Jasmin F. <jmotlagh@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>; Joel Feldman <jfeldman@slatelawgroup.com>; Esther Hernandez <ehernandez@slatelawgroup.com>
>> **Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion
>>
>> [External]

360 asked for comment ..... I will let them know summer can't grant a 48 hour extension for dying people and kids in CoVid. It's nuts ... no wonder click up hated Cooley to begin with

Also we need to maybe meet and confer on the  dark web weird stuff we got about ██████?

Someone is hell bent on exposing ███████ .... ██████████████ ██████??

Idk— but 48 hours and this must be worth it to click up because ███████████ ████████████████ .

Sent from my iPhone


On Dec 21, 2020, at 6:25 PM, Bryan Morgan <bmorgan@slatelawgroup.com> wrote:

Ok, third time's a charm?  Fingers crossed!

Thanks,

Bryan Morgan

<image001.png>
<image002.gif>
<image003.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.


**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Date:** Monday, December 21, 2020 at 6:17 PM
**To:** Wynn, Summer <swynn@cooley.com>, Motlagh, Jasmin F. <jmotlagh@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

It goes to the Box app at Box.com. Let me reboot and see if they will attach.  Resending in just a few.

Thanks,

Bryan Morgan

<image004.png>
<image005.gif>
<image006.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Wynn, Summer <swynn@cooley.com>
**Date:** Monday, December 21, 2020 at 6:13 PM
**To:** Bryan Morgan <bmorgan@slatelawgroup.com>, Motlagh, Jasmin F. <jmotlagh@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** RE: Slate adv. Dahlin, et al. - Joint Motion

We cannot click on an unauthorized link. What does the link go to?

Ok if you want to send them as attachments tomorrow.

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Sent:** Monday, December 21, 2020 6:12 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>; Wynn, Summer <swynn@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>; Joel Feldman <jfeldman@slatelawgroup.com>; Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

**[External]**

I'm not sure what is going on with my mail app.  Please use this link to download through Box.  Let me know if you have any issues, and thanks for confirmation.

Thanks,

Bryan Morgan

<image007.png>
<image008.gif>
<image009.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**From:** Motlagh, Jasmin F. <jmotlagh@cooley.com>
**Date:** Monday, December 21, 2020 at 6:07 PM
**To:** Bryan Morgan <bmorgan@slatelawgroup.com>, Wynn, Summer <swynn@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** RE: Slate adv. Dahlin, et al. - Joint Motion

Hi Bryan,

The document was not attached to either email.  Please resend.

Thank you,
Jasmin

---

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Sent:** Monday, December 21, 2020 5:21 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>; Wynn, Summer <swynn@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>; Joel Feldman <jfeldman@slatelawgroup.com>; Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

[External]

Dear Counsel:

On my end it appears the documents were not attached despite seeing them on the email.  If you did receive the documents on the first email, please disregard.

Thanks,

Bryan Morgan

<image010.png>
<image011.gif>
<image012.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Date:** Monday, December 21, 2020 at 5:17 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>, Wynn, Summer <swynn@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

Dear Counsel:

As agreed during our Rule 26 meet and confer, attached is the Joint Motion to Extend Initial Disclosures and Joint Discovery Report.  Please revert with your proposed tracked changes.

Additionally, we will be submitting the proposed Joint Discovery Plan to your office by mid-January in anticipation of the January 29, 2021, submission date.

Please let us know if you have any questions or concerns.

Regards,

Bryan Morgan

&lt;image014.gif&gt;
&lt;image015.gif&gt;
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Bryan Morgan <<bmorgan@slatelawgroup.com>>
**Date:** Friday, December 18, 2020 at 1:41 PM
**To:** Motlagh, Jasmin F. <<jmotlagh@cooley.com>>, Kelly DuFord Williams <<kedwilliams@slatelawgroup.com>>, Branden Sigua <<bsigua@slatelawgroup.com>>, Bryan Blanco <<bblanco@slatelawgroup.com>>
**Cc:** Wynn, Summer <<swynn@cooley.com>>, Staten, Jayme <<jstaten@cooley.com>>, Salas, Marisa <<msalas@cooley.com>>
**Subject:** Re: Slate adv. Dahlin, et al

Thank you, Jasmin!  We will get the joint motion over to you as soon as possible.

Regards,

Bryan Morgan

&lt;image016.png&gt;
&lt;image017.gif&gt;
&lt;image018.gif&gt;
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Motlagh, Jasmin F. <<jmotlagh@cooley.com>>
**Date:** Friday, December 18, 2020 at 1:24 PM
**To:** Kelly DuFord Williams <<kedwilliams@slatelawgroup.com>>, Bryan Morgan <<bmorgan@slatelawgroup.com>>, Branden Sigua <<bsigua@slatelawgroup.com>>, Bryan Blanco <<bblanco@slatelawgroup.com>>
**Cc:** Wynn, Summer <<swynn@cooley.com>>, Christine Robles <<crobles@slatelawgroup.com>>, Staten, Jayme <<jstaten@cooley.com>>, Salas, Marisa <<msalas@cooley.com>>
**Subject:** RE: Slate adv. Dahlin, et al

Hi all,

We are following up to confirm that the parties held their Rule 26(f) conference today and to outline what was discussed and agreed upon.  The parties agreed to submit their initial Rule 26(a) disclosures and Rule 26(f) report on January 29, 2021.  Plaintiff will draft a joint motion and proposed order to the Court with these deadlines.  The parties further agreed that Plaintiff will draft the Rule 26(f) report and will submit it to Defendants for comments/revisions by a certain date, and that Plaintiff will let Defendants know when it anticipates providing a draft.

Thank you,
Jasmin

**From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
**Sent:** Friday, December 18, 2020 9:58 AM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>; Bryan Morgan <bmorgan@slatelawgroup.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>
**Cc:** Wynn, Summer <swynn@cooley.com>; Christine Robles <crobles@slatelawgroup.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

**[External]**

That works for me. just in case I also cc'd a few other associates so we can make sure someone is there. Also, Joel is OOO so Bryan Morgan is also cc'd on this email

On Fri, Dec 18, 2020 at 9:55 AM Motlagh, Jasmin F. <jmotlagh@cooley.com> wrote:

We are available between 1:00 and 2:00 p.m.  If that works, I will circulate a dial-in for 1:00 p.m.

**From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
**Sent:** Friday, December 18, 2020 8:39 AM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>
**Cc:** Wynn, Summer <swynn@cooley.com>; Christine Robles <crobles@slatelawgroup.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

**[External]**

Anytime today :)

On Fri, Dec 18, 2020 at 8:35 AM Motlagh, Jasmin F.
<jmotlagh@cooley.com> wrote:

Counsel,

Following up on the below, we have yet to receive your availability to
meet and confer.  Let us know when you are available to confer.

Thank you,

Jasmin

**From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
**Sent:** Monday, December 14, 2020 10:59 AM
**To:** Wynn, Summer <swynn@cooley.com>
**Cc:** Christine Robles <crobles@slatelawgroup.com>; Motlagh, Jasmin
F. <jmotlagh@cooley.com>; Staten, Jayme <jstaten@cooley.com>;
Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

**[External]**

I will find time for it to happen this week.

On Mon, Dec 14, 2020 at 10:13 AM Wynn, Summer
<swynn@cooley.com> wrote:

The rules contemplate a meaningful discussion. Let us know
the availability of counsel of record, even if later this week.

**From:** Christine Robles <crobles@slatelawgroup.com>
**Sent:** Monday, December 14, 2020 10:09 AM

**To:** Wynn, Summer <swynn@cooley.com>
**Cc:** Kelly Williams DuFord <kedwilliams@slatelawgroup.com>; Motlagh, Jasmin F. <jmotlagh@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

**[External]**

---

We literally have all day depositions. I will see if someone can do it.

On Mon, Dec 14, 2020 at 8:59 AM Wynn, Summer <swynn@cooley.com> wrote:

> Counsel – pursuant to the Rules, Monday December 14 is the last day for the parties to meet and confer under Rule 26(f). Please let us know when you are available to confer.
>
> Thanks,
>
> Summer
>
> **Summer Wynn**
>
> Partner
>
> Cooley LLP
>
> 4401 Eastgate Mall
>
> San Diego, CA   92121-1909
>
> +1 858 550 6030 office
>
> +1 858 550 6420 fax
>
> swynn@cooley.com
>
> www.cooley.com/swynn
>
> Cooley is committed to **racial justice**
>
> Cooley is one of Fortune's **100 Best Companies to Work For**

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distr bution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

--

<image019.jpg>

<image019.jpg>
<image019.jpg>
<image019.jpg>
<image019.jpg>

CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be

advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

--










CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

_____

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is proh bited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

--










CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you

11

**Exhibit N**

**Pg. 116**

believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

<[D-1] Joint Motion to Extend Discovery (BRM) 12-21-2020.docx>
<[D-1] Order Granting Joint Motion to Extend Discovery (BRM) 12-21-2020.docx>

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distr bution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

<mime-attachment>

# Exhibit O

**Motlagh, Jasmin F.**

| | |
|---|---|
| **From:** | Kelly Williams DuFord <kedwilliams@slatelawgroup.com> |
| **Sent:** | Monday, December 21, 2020 8:31 PM |
| **To:** | Wynn, Summer |
| **Cc:** | Bryan Morgan; Motlagh, Jasmin F.; Staten, Jayme; Salas, Marisa; Branden Sigua; Bryan Blanco; Joel Feldman; Esther Hernandez |
| **Subject:** | Re: Slate adv. Dahlin, et al. - Joint Motion |

**[External]**

Give me the dial in —- her doctor said she happy to appear 

Sent from my iPhone

> On Dec 21, 2020, at 8:20 PM, Kelly Williams DuFord <kedwilliams@slatelawgroup.com> wrote:
>
> Call me 6194558311— you saw me on Friday when you damned I meet and confer ...: talk to me and call me or deal with the court am
> ...
>
> How much more time do you want from with sick 4 year old?!!
>
> Sent from my iPhone

>> On Dec 21, 2020, at 8:14 PM, Wynn, Summer <swynn@cooley.com> wrote:
>>
>> Counsel – I again reiterate my repeated requests that you engage in professional email communications and avoid personal attacks.
>>
>> I also ask that you stop making gross misrepresentations and defamatory statements about me and my clients.
>>
>> My response to your other emails is attached.
>>
>> **From:** Kelly Williams DuFord <kedwilliams@slatelawgroup.com>
>> **Sent:** Monday, December 21, 2020 7:43 PM
>> **To:** Bryan Morgan <bmorgan@slatelawgroup.com>
>> **Cc:** Wynn, Summer <swynn@cooley.com>; Motlagh, Jasmin F. <jmotlagh@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>; Joel Feldman <jfeldman@slatelawgroup.com>; Esther Hernandez <ehernandez@slatelawgroup.com>
>> **Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion
>>
>> **[External]**

360 asked for comment ..... I will let them know summer can't grant a 48 hour extension for dying people and kids in CoVid. It's nuts ... no wonder click up hated Cooley to begin with

Also we need to maybe meet and confer on the  dark web weird stuff we got about ██████?

Someone is hell bent on exposing ████████ .... ████████████████
██████ ??

Idk— but 48 hours and this must be worth it to click up because ████████████
████████████████ .

Sent from my iPhone




On Dec 21, 2020, at 6:25 PM, Bryan Morgan <bmorgan@slatelawgroup.com> wrote:


Ok, third time's a charm?  Fingers crossed!

Thanks,

Bryan Morgan

<image001.png>
<image002.gif>
<image003.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.


**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Date:** Monday, December 21, 2020 at 6:17 PM
**To:** Wynn, Summer <swynn@cooley.com>, Motlagh, Jasmin F. <jmotlagh@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

It goes to the Box app at Box.com. Let me reboot and see if they will attach.  Resending in just a few.

Thanks,

Bryan Morgan

<image004.png>
<image005.gif>
<image006.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**From:** Wynn, Summer <swynn@cooley.com>
**Date:** Monday, December 21, 2020 at 6:13 PM
**To:** Bryan Morgan <bmorgan@slatelawgroup.com>, Motlagh, Jasmin F. <jmotlagh@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** RE: Slate adv. Dahlin, et al. - Joint Motion

We cannot click on an unauthorized link. What does the link go to?

Ok if you want to send them as attachments tomorrow.

---

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Sent:** Monday, December 21, 2020 6:12 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>; Wynn, Summer <swynn@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>; Joel Feldman <jfeldman@slatelawgroup.com>; Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

**[External]**

---

I'm not sure what is going on with my mail app.  Please use this link to download through Box.  Let me know if you have any issues, and thanks for confirmation.

Thanks,

Bryan Morgan

<image007.png>
<image008.gif>
<image009.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**From:** Motlagh, Jasmin F. <jmotlagh@cooley.com>
**Date:** Monday, December 21, 2020 at 6:07 PM
**To:** Bryan Morgan <bmorgan@slatelawgroup.com>, Wynn, Summer <swynn@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** RE: Slate adv. Dahlin, et al. - Joint Motion

Hi Bryan,

The document was not attached to either email.  Please resend.

Thank you,
Jasmin

---

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Sent:** Monday, December 21, 2020 5:21 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>; Wynn, Summer <swynn@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>; Joel Feldman <jfeldman@slatelawgroup.com>; Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

[External]

Dear Counsel:

On my end it appears the documents were not attached despite seeing them on the email.  If you did receive the documents on the first email, please disregard.

Thanks,

Bryan Morgan

<image010.png>
<image011.gif>
<image012.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Date:** Monday, December 21, 2020 at 5:17 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>, Wynn, Summer <swynn@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

Dear Counsel:

As agreed during our Rule 26 meet and confer, attached is the Joint Motion to Extend Initial Disclosures and Joint Discovery Report.  Please revert with your proposed tracked changes.

Additionally, we will be submitting the proposed Joint Discovery Plan to your office by mid-January in anticipation of the January 29, 2021, submission date.

Please let us know if you have any questions or concerns.

Regards,

Bryan Morgan

&lt;image014.gif&gt;
&lt;image015.gif&gt;
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Date:** Friday, December 18, 2020 at 1:41 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>, Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>
**Cc:** Wynn, Summer <swynn@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

Thank you, Jasmin!  We will get the joint motion over to you as soon as possible.

Regards,

Bryan Morgan

&lt;image016.png&gt;
&lt;image017.gif&gt;
&lt;image018.gif&gt;
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Motlagh, Jasmin F. <jmotlagh@cooley.com>
**Date:** Friday, December 18, 2020 at 1:24 PM
**To:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Bryan Morgan <bmorgan@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>
**Cc:** Wynn, Summer <swynn@cooley.com>, Christine Robles <crobles@slatelawgroup.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Subject:** RE: Slate adv. Dahlin, et al

Hi all,

We are following up to confirm that the parties held their Rule 26(f)
conference today and to outline what was discussed and agreed
upon.  The parties agreed to submit their initial Rule 26(a) disclosures
and Rule 26(f) report on January 29, 2021.  Plaintiff will draft a joint
motion and proposed order to the Court with these deadlines.  The
parties further agreed that Plaintiff will draft the Rule 26(f) report and
will submit it to Defendants for comments/revisions by a certain date,
and that Plaintiff will let Defendants know when it anticipates providing
a draft.

Thank you,
Jasmin

**From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
**Sent:** Friday, December 18, 2020 9:58 AM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>; Bryan Morgan
<bmorgan@slatelawgroup.com>; Branden Sigua
<bsigua@slatelawgroup.com>; Bryan Blanco
<bblanco@slatelawgroup.com>
**Cc:** Wynn, Summer <swynn@cooley.com>; Christine Robles
<crobles@slatelawgroup.com>; Staten, Jayme <jstaten@cooley.com>;
Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

**[External]**

---

That works for me. just in case I also cc'd a few other associates so we
can make sure someone is there. Also, Joel is OOO so Bryan Morgan is
also cc'd on this email

On Fri, Dec 18, 2020 at 9:55 AM Motlagh, Jasmin F.
<jmotlagh@cooley.com> wrote:

> We are available between 1:00 and 2:00 p.m.  If that works, I will
> circulate a dial-in for 1:00 p.m.
>
>
> **From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
> **Sent:** Friday, December 18, 2020 8:39 AM
> **To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>
> **Cc:** Wynn, Summer <swynn@cooley.com>; Christine Robles
> <crobles@slatelawgroup.com>; Staten, Jayme <jstaten@cooley.com>;
> Salas, Marisa <msalas@cooley.com>
> **Subject:** Re: Slate adv. Dahlin, et al
>
>
> **[External]**

**Exhibit O**
**Pg. 125**

Anytime today :)

On Fri, Dec 18, 2020 at 8:35 AM Motlagh, Jasmin F.
<jmotlagh@cooley.com> wrote:

Counsel,

Following up on the below, we have yet to receive your availability to meet and confer.  Let us know when you are available to confer.

Thank you,

Jasmin

**From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
**Sent:** Monday, December 14, 2020 10:59 AM
**To:** Wynn, Summer <swynn@cooley.com>
**Cc:** Christine Robles <crobles@slatelawgroup.com>; Motlagh, Jasmin F. <jmotlagh@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

**[External]**

I will find time for it to happen this week.

On Mon, Dec 14, 2020 at 10:13 AM Wynn, Summer <swynn@cooley.com> wrote:

The rules contemplate a meaningful discussion. Let us know the availability of counsel of record, even if later this week.

**From:** Christine Robles <crobles@slatelawgroup.com>
**Sent:** Monday, December 14, 2020 10:09 AM

**To:** Wynn, Summer <swynn@cooley.com>
**Cc:** Kelly Williams DuFord <kedwilliams@slatelawgroup.com>;
Motlagh, Jasmin F. <jmotlagh@cooley.com>; Staten, Jayme
<jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

**[External]**

---

We literally have all day depositions. I will see if someone can do it.

On Mon, Dec 14, 2020 at 8:59 AM Wynn, Summer
<swynn@cooley.com> wrote:

Counsel – pursuant to the Rules, Monday December 14 is the
last day for the parties to meet and confer under Rule 26(f).
Please let us know when you are available to confer.

Thanks,

Summer

**Summer Wynn**

Partner

Cooley LLP

4401 Eastgate Mall

San Diego, CA   92121-1909

+1 858 550 6030 office

+1 858 550 6420 fax

swynn@cooley.com

www.cooley.com/swynn

Cooley is committed to **racial justice**

Cooley is one of Fortune's **100 Best Companies to Work For**

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distr bution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

--

<image019.jpg>

<image019.jpg>
<image019.jpg>
<image019.jpg>
<image019.jpg>

CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be

advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

--

<image019.jpg>

<image019.jpg>
<image019.jpg>
<image019.jpg>
<image019.jpg>

<image019.jpg>

CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

--

<image019.jpg>

<image019.jpg>
<image019.jpg>
<image019.jpg>
<image019.jpg>

<image019.jpg>

CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you

11

**Exhibit O**

**Pg. 129**

believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

<[D-1] Joint Motion to Extend Discovery (BRM) 12-21-2020.docx>
<[D-1] Order Granting Joint Motion to Extend Discovery (BRM) 12-21-2020.docx>

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distr bution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

<mime-attachment>

# Exhibit P

**Motlagh, Jasmin F.**

---

| | |
|---|---|
| **From:** | Kelly Williams DuFord <kedwilliams@slatelawgroup.com> |
| **Sent:** | Monday, December 21, 2020 8:32 PM |
| **To:** | Wynn, Summer |
| **Cc:** | Bryan Morgan; Motlagh, Jasmin F.; Staten, Jayme; Salas, Marisa; Branden Sigua; Bryan Blanco; Joel Feldman; Esther Hernandez |
| **Subject:** | Re: Slate adv. Dahlin, et al. - Joint Motion |

**[External]**

---

Excuse the outage but click up and Cooley are Getting the doctors realllly happy over here ...

Sent from my iPhone

> On Dec 21, 2020, at 8:20 PM, Kelly Williams DuFord <kedwilliams@slatelawgroup.com> wrote:
>
> Call me 6194558311— you saw me on Friday when you damned I meet and confer ...: talk to me and call me or deal with the court am
> ...
>
> How much more time do you want from with sick 4 year old?!!
>
> Sent from my iPhone

>> On Dec 21, 2020, at 8:14 PM, Wynn, Summer <swynn@cooley.com> wrote:
>>
>> Counsel – I again reiterate my repeated requests that you engage in professional email communications and avoid personal attacks.
>>
>> I also ask that you stop making gross misrepresentations and defamatory statements about me and my clients.
>>
>> My response to your other emails is attached.
>>
>> **From:** Kelly Williams DuFord <kedwilliams@slatelawgroup.com>
>> **Sent:** Monday, December 21, 2020 7:43 PM
>> **To:** Bryan Morgan <bmorgan@slatelawgroup.com>
>> **Cc:** Wynn, Summer <swynn@cooley.com>; Motlagh, Jasmin F. <jmotlagh@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>; Joel Feldman <jfeldman@slatelawgroup.com>; Esther Hernandez <ehernandez@slatelawgroup.com>
>> **Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion
>>
>> **[External]**

360 asked for comment ..... I will let them know summer can't grant a 48 hour extension for dying people and kids in CoVid. It's nuts ... no guess click up hated Cooley to begin with

Also we need to maybe meet and confer on the  dark web weird stuff we got about █████?

Someone is hell bent on exposing ████████ .... ████████████████████
████??

Idk— but 48 hours and this must be worth it to click up because ████████████
████████████████ .

Sent from my iPhone

On Dec 21, 2020, at 6:25 PM, Bryan Morgan <bmorgan@slatelawgroup.com> wrote:

Ok, third time's a charm?  Fingers crossed!

Thanks,

Bryan Morgan

<image001.png>
<image002.gif>
<image003.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Date:** Monday, December 21, 2020 at 6:17 PM
**To:** Wynn, Summer <swynn@cooley.com>, Motlagh, Jasmin F. <jmotlagh@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

It goes to the Box app at Box.com. Let me reboot and see if they will attach.  Resending in just a few.

Thanks,

Bryan Morgan

<image004.png>
<image005.gif>
<image006.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Wynn, Summer <swynn@cooley.com>
**Date:** Monday, December 21, 2020 at 6:13 PM
**To:** Bryan Morgan <bmorgan@slatelawgroup.com>, Motlagh, Jasmin F. <jmotlagh@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** RE: Slate adv. Dahlin, et al. - Joint Motion

We cannot click on an unauthorized link. What does the link go to?

Ok if you want to send them as attachments tomorrow.

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Sent:** Monday, December 21, 2020 6:12 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>; Wynn, Summer <swynn@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>; Joel Feldman <jfeldman@slatelawgroup.com>; Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

**[External]**

I'm not sure what is going on with my mail app.  Please use this link to download through Box.  Let me know if you have any issues, and thanks for confirmation.

Thanks,

Bryan Morgan

<image007.png>
<image008.gif>
<image009.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**From:** Motlagh, Jasmin F. <jmotlagh@cooley.com>
**Date:** Monday, December 21, 2020 at 6:07 PM
**To:** Bryan Morgan <bmorgan@slatelawgroup.com>, Wynn, Summer <swynn@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** RE: Slate adv. Dahlin, et al. - Joint Motion

Hi Bryan,

The document was not attached to either email.  Please resend.

Thank you,
Jasmin

---

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Sent:** Monday, December 21, 2020 5:21 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>; Wynn, Summer <swynn@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>; Joel Feldman <jfeldman@slatelawgroup.com>; Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

[External]

Dear Counsel:

On my end it appears the documents were not attached despite seeing them on the email.  If you did receive the documents on the first email, please disregard.

Thanks,

Bryan Morgan

\<image010.png\>
\<image011.gif\>
\<image012.gif\>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Date:** Monday, December 21, 2020 at 5:17 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>, Wynn, Summer <swynn@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

Dear Counsel:

As agreed during our Rule 26 meet and confer, attached is the Joint Motion to Extend Initial Disclosures and Joint Discovery Report.  Please revert with your proposed tracked changes.

Additionally, we will be submitting the proposed Joint Discovery Plan to your office by mid-January in anticipation of the January 29, 2021, submission date.

Please let us know if you have any questions or concerns.

Regards,

Bryan Morgan

\<image013.png\>

<image014.gif>
<image015.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Date:** Friday, December 18, 2020 at 1:41 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>, Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>
**Cc:** Wynn, Summer <swynn@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

Thank you, Jasmin!  We will get the joint motion over to you as soon as possible.

Regards,

Bryan Morgan

<image016.png>
<image017.gif>
<image018.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Motlagh, Jasmin F. <jmotlagh@cooley.com>
**Date:** Friday, December 18, 2020 at 1:24 PM
**To:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Bryan Morgan <bmorgan@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>
**Cc:** Wynn, Summer <swynn@cooley.com>, Christine Robles <crobles@slatelawgroup.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Subject:** RE: Slate adv. Dahlin, et al

Hi all,

We are following up to confirm that the parties held their Rule 26(f)
conference today and to outline what was discussed and agreed
upon.  The parties agreed to submit their initial Rule 26(a) disclosures
and Rule 26(f) report on January 29, 2021.  Plaintiff will draft a joint
motion and proposed order to the Court with these deadlines.  The
parties further agreed that Plaintiff will draft the Rule 26(f) report and
will submit it to Defendants for comments/revisions by a certain date,
and that Plaintiff will let Defendants know when it anticipates providing
a draft.

Thank you,
Jasmin

**From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
**Sent:** Friday, December 18, 2020 9:58 AM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>; Bryan Morgan
<bmorgan@slatelawgroup.com>; Branden Sigua
<bsigua@slatelawgroup.com>; Bryan Blanco
<bblanco@slatelawgroup.com>
**Cc:** Wynn, Summer <swynn@cooley.com>; Christine Robles
<crobles@slatelawgroup.com>; Staten, Jayme <jstaten@cooley.com>;
Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

**[External]**

---

That works for me. just in case I also cc'd a few other associates so we
can make sure someone is there. Also, Joel is OOO so Bryan Morgan is
also cc'd on this email

On Fri, Dec 18, 2020 at 9:55 AM Motlagh, Jasmin F.
<jmotlagh@cooley.com> wrote:

> We are available between 1:00 and 2:00 p.m.  If that works, I will
> circulate a dial-in for 1:00 p.m.
>
>
>
> **From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
> **Sent:** Friday, December 18, 2020 8:39 AM
> **To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>
> **Cc:** Wynn, Summer <swynn@cooley.com>; Christine Robles
> <crobles@slatelawgroup.com>; Staten, Jayme <jstaten@cooley.com>;
> Salas, Marisa <msalas@cooley.com>
> **Subject:** Re: Slate adv. Dahlin, et al
>
>
>
> **[External]**

Anytime today :)

On Fri, Dec 18, 2020 at 8:35 AM Motlagh, Jasmin F.
<jmotlagh@cooley.com> wrote:

> Counsel,
>
> Following up on the below, we have yet to receive your availability to
> meet and confer.  Let us know when you are available to confer.
>
> Thank you,
>
> Jasmin
>
> **From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
> **Sent:** Monday, December 14, 2020 10:59 AM
> **To:** Wynn, Summer <swynn@cooley.com>
> **Cc:** Christine Robles <crobles@slatelawgroup.com>; Motlagh, Jasmin
> F. <jmotlagh@cooley.com>; Staten, Jayme <jstaten@cooley.com>;
> Salas, Marisa <msalas@cooley.com>
> **Subject:** Re: Slate adv. Dahlin, et al
>
> **[External]**
>
> I will find time for it to happen this week.
>
> On Mon, Dec 14, 2020 at 10:13 AM Wynn, Summer
> <swynn@cooley.com> wrote:
>
>> The rules contemplate a meaningful discussion. Let us know
>> the availability of counsel of record, even if later this week.
>>
>> **From:** Christine Robles <crobles@slatelawgroup.com>
>> **Sent:** Monday, December 14, 2020 10:09 AM

**To:** Wynn, Summer <swynn@cooley.com>
**Cc:** Kelly Williams DuFord <kedwilliams@slatelawgroup.com>;
Motlagh, Jasmin F. <jmotlagh@cooley.com>; Staten, Jayme
<jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

**[External]**

---

We literally have all day depositions. I will see if someone can do it.

On Mon, Dec 14, 2020 at 8:59 AM Wynn, Summer
<swynn@cooley.com> wrote:

Counsel – pursuant to the Rules, Monday December 14 is the
last day for the parties to meet and confer under Rule 26(f).
Please let us know when you are available to confer.

Thanks,

Summer

**Summer Wynn**

Partner

Cooley LLP

4401 Eastgate Mall

San Diego, CA   92121-1909

+1 858 550 6030 office

+1 858 550 6420 fax

swynn@cooley.com

www.cooley.com/swynn

Cooley is committed to **racial justice**

Cooley is one of Fortune's **100 Best Companies to Work For**

———————————————

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

———————————————

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distr bution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

--

<image019.jpg>

<image019.jpg>
<image019.jpg>
<image019.jpg>
<image019.jpg>

CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

———————————————

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be

advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

--

&lt;image019.jpg&gt;

&lt;image019.jpg&gt;
&lt;image019.jpg&gt;
&lt;image019.jpg&gt;
&lt;image019.jpg&gt;

&lt;image019.jpg&gt;

CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

_____

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

--
&lt;image019.jpg&gt;

&lt;image019.jpg&gt;
&lt;image019.jpg&gt;
&lt;image019.jpg&gt;
&lt;image019.jpg&gt;

&lt;image019.jpg&gt;
CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you

believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

<[D-1] Joint Motion to Extend Discovery (BRM) 12-21-2020.docx>
<[D-1] Order Granting Joint Motion to Extend Discovery (BRM) 12-21-2020.docx>

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distr bution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

<mime-attachment>

# Exhibit Q

**Motlagh, Jasmin F.**

| | |
|---|---|
| **From:** | Kelly Williams DuFord <kedwilliams@slatelawgroup.com> |
| **Sent:** | Monday, December 21, 2020 8:48 PM |
| **To:** | Wynn, Summer |
| **Cc:** | Bryan Morgan; Motlagh, Jasmin F.; Staten, Jayme; Salas, Marisa; Branden Sigua; Bryan Blanco; Joel Feldman; Esther Hernandez |
| **Subject:** | Re: Slate adv. Dahlin, et al. - Joint Motion |

**[External]**

Still waiting for your call.... to meet and confer?

Sent from my iPhone

> On Dec 21, 2020, at 8:20 PM, Kelly Williams DuFord <kedwilliams@slatelawgroup.com> wrote:
>
> Call me 6194558311— you saw me on Friday when you damned I meet and confer ...: talk to me and call me or deal with the court am
> ...
>
> How much more time do you want from with sick 4 year old?!!
>
> Sent from my iPhone

>> On Dec 21, 2020, at 8:14 PM, Wynn, Summer <swynn@cooley.com> wrote:
>>
>> Counsel – I again reiterate my repeated requests that you engage in professional email communications and avoid personal attacks.
>>
>> I also ask that you stop making gross misrepresentations and defamatory statements about me and my clients.
>>
>> My response to your other emails is attached.
>>
>> **From:** Kelly Williams DuFord <kedwilliams@slatelawgroup.com>
>> **Sent:** Monday, December 21, 2020 7:43 PM
>> **To:** Bryan Morgan <bmorgan@slatelawgroup.com>
>> **Cc:** Wynn, Summer <swynn@cooley.com>; Motlagh, Jasmin F. <jmotlagh@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>; Joel Feldman <jfeldman@slatelawgroup.com>; Esther Hernandez <ehernandez@slatelawgroup.com>
>> **Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion
>>
>> **[External]**

360 asked for comment ..... I will let them know summer can't grant a 48 hour extension for dying people and kids in CoVid. It's nuts ... no wonder click up hated Cooley to begin with

Also we need to maybe meet and confer on the  dark web weird stuff we got about █████?

Someone is hell bent on exposing ███████ .... ██████████████████
█████ ??

Idk— but 48 hours and this must be worth it to click up because ████████████
████████████████████

Sent from my iPhone

On Dec 21, 2020, at 6:25 PM, Bryan Morgan <bmorgan@slatelawgroup.com> wrote:

Ok, third time's a charm?  Fingers crossed!

Thanks,

Bryan Morgan

<image001.png>
<image002.gif>
<image003.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Date:** Monday, December 21, 2020 at 6:17 PM
**To:** Wynn, Summer <swynn@cooley.com>, Motlagh, Jasmin F. <jmotlagh@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

It goes to the Box app at Box.com. Let me reboot and see if they will attach.  Resending in just a few.

Thanks,

Bryan Morgan

\<image004.png\>
\<image005.gif\>
\<image006.gif\>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Wynn, Summer <swynn@cooley.com>
**Date:** Monday, December 21, 2020 at 6:13 PM
**To:** Bryan Morgan <bmorgan@slatelawgroup.com>, Motlagh, Jasmin F. <jmotlagh@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** RE: Slate adv. Dahlin, et al. - Joint Motion

We cannot click on an unauthorized link. What does the link go to?

Ok if you want to send them as attachments tomorrow.

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Sent:** Monday, December 21, 2020 6:12 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>; Wynn, Summer <swynn@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>; Joel Feldman <jfeldman@slatelawgroup.com>; Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

**[External]**

I'm not sure what is going on with my mail app.  Please use this link to download through Box.  Let me know if you have any issues, and thanks for confirmation.

Thanks,

Bryan Morgan

<image007.png>
<image008.gif>
<image009.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**From:** Motlagh, Jasmin F. <jmotlagh@cooley.com>
**Date:** Monday, December 21, 2020 at 6:07 PM
**To:** Bryan Morgan <bmorgan@slatelawgroup.com>, Wynn, Summer <swynn@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** RE: Slate adv. Dahlin, et al. - Joint Motion

Hi Bryan,

The document was not attached to either email.  Please resend.

Thank you,
Jasmin

---

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Sent:** Monday, December 21, 2020 5:21 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>; Wynn, Summer <swynn@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>; Joel Feldman <jfeldman@slatelawgroup.com>; Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

[External]

Dear Counsel:

On my end it appears the documents were not attached despite seeing them on the email.  If you did receive the documents on the first email, please disregard.

Thanks,

Bryan Morgan

<image010.png>
<image011.gif>
<image012.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Date:** Monday, December 21, 2020 at 5:17 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>, Wynn, Summer <swynn@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

Dear Counsel:

As agreed during our Rule 26 meet and confer, attached is the Joint Motion to Extend Initial Disclosures and Joint Discovery Report.  Please revert with your proposed tracked changes.

Additionally, we will be submitting the proposed Joint Discovery Plan to your office by mid-January in anticipation of the January 29, 2021, submission date.

Please let us know if you have any questions or concerns.

Regards,

Bryan Morgan

&lt;image014.gif&gt;
&lt;image015.gif&gt;
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Date:** Friday, December 18, 2020 at 1:41 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>, Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>
**Cc:** Wynn, Summer <swynn@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

Thank you, Jasmin!  We will get the joint motion over to you as soon as possible.

Regards,

Bryan Morgan

&lt;image016.png&gt;
&lt;image017.gif&gt;
&lt;image018.gif&gt;
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Motlagh, Jasmin F. <jmotlagh@cooley.com>
**Date:** Friday, December 18, 2020 at 1:24 PM
**To:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Bryan Morgan <bmorgan@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>
**Cc:** Wynn, Summer <swynn@cooley.com>, Christine Robles <crobles@slatelawgroup.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Subject:** RE: Slate adv. Dahlin, et al

Hi all,

We are following up to confirm that the parties held their Rule 26(f) conference today and to outline what was discussed and agreed upon. The parties agreed to submit their initial Rule 26(a) disclosures and Rule 26(f) report on January 29, 2021. Plaintiff will draft a joint motion and proposed order to the Court with these deadlines. The parties further agreed that Plaintiff will draft the Rule 26(f) report and will submit it to Defendants for comments/revisions by a certain date, and that Plaintiff will let Defendants know when it anticipates providing a draft.

Thank you,
Jasmin

**From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
**Sent:** Friday, December 18, 2020 9:58 AM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>; Bryan Morgan <bmorgan@slatelawgroup.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>
**Cc:** Wynn, Summer <swynn@cooley.com>; Christine Robles <crobles@slatelawgroup.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

**[External]**

---

That works for me. just in case I also cc'd a few other associates so we can make sure someone is there. Also, Joel is OOO so Bryan Morgan is also cc'd on this email

On Fri, Dec 18, 2020 at 9:55 AM Motlagh, Jasmin F. <jmotlagh@cooley.com> wrote:

> We are available between 1:00 and 2:00 p.m. If that works, I will circulate a dial-in for 1:00 p.m.
>
>
>
> **From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
> **Sent:** Friday, December 18, 2020 8:39 AM
> **To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>
> **Cc:** Wynn, Summer <swynn@cooley.com>; Christine Robles <crobles@slatelawgroup.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
> **Subject:** Re: Slate adv. Dahlin, et al
>
>
>
> **[External]**

Anytime today :)

On Fri, Dec 18, 2020 at 8:35 AM Motlagh, Jasmin F.
<jmotlagh@cooley.com> wrote:

> Counsel,
>
> Following up on the below, we have yet to receive your availability to
> meet and confer.  Let us know when you are available to confer.
>
> Thank you,
>
> Jasmin
>
> **From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
> **Sent:** Monday, December 14, 2020 10:59 AM
> **To:** Wynn, Summer <swynn@cooley.com>
> **Cc:** Christine Robles <crobles@slatelawgroup.com>; Motlagh, Jasmin
> F. <jmotlagh@cooley.com>; Staten, Jayme <jstaten@cooley.com>;
> Salas, Marisa <msalas@cooley.com>
> **Subject:** Re: Slate adv. Dahlin, et al
>
> **[External]**
>
> I will find time for it to happen this week.
>
> On Mon, Dec 14, 2020 at 10:13 AM Wynn, Summer
> <swynn@cooley.com> wrote:
>
>> The rules contemplate a meaningful discussion. Let us know
>> the availability of counsel of record, even if later this week.
>>
>> **From:** Christine Robles <crobles@slatelawgroup.com>
>> **Sent:** Monday, December 14, 2020 10:09 AM

**To:** Wynn, Summer <swynn@cooley.com>
**Cc:** Kelly Williams DuFord <kedwilliams@slatelawgroup.com>;
Motlagh, Jasmin F. <jmotlagh@cooley.com>; Staten, Jayme
<jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

**[External]**

---

We literally have all day depositions. I will see if someone can do it.

On Mon, Dec 14, 2020 at 8:59 AM Wynn, Summer
<swynn@cooley.com> wrote:

> Counsel – pursuant to the Rules, Monday December 14 is the
> last day for the parties to meet and confer under Rule 26(f).
> Please let us know when you are available to confer.
>
> Thanks,
>
> Summer
>
> **Summer Wynn**
>
> Partner
>
> Cooley LLP
>
> 4401 Eastgate Mall
>
> San Diego, CA   92121-1909
>
> +1 858 550 6030 office
>
> +1 858 550 6420 fax
>
> swynn@cooley.com
>
> www.cooley.com/swynn
>
> Cooley is committed to **racial justice**
>
> Cooley is one of Fortune's **100 Best Companies to Work For**

9

**Exhibit Q**
**Pg. 153**

_____

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

_____

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distr bution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

--

<image019.jpg>

<image019.jpg>
<image019.jpg>
<image019.jpg>
<image019.jpg>

CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

_____

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be

advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

--

<image019.jpg>

<image019.jpg>
<image019.jpg>
<image019.jpg>
<image019.jpg>

<image019.jpg>

CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

_____

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is proh bited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

--

<image019.jpg>

<image019.jpg>
<image019.jpg>
<image019.jpg>
<image019.jpg>

<image019.jpg>
CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you

11

**Exhibit Q**
**Pg. 155**

believe that you received this e-mail in error, please do not read this e-mail or
any attached items, please delete the e-mail and all attachments, including any
copies thereof, and inform the sender that you have deleted the e-mail, all
attachments and copies thereof.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender by reply email and destroy all
copies of the original message. If you are the intended recipient, please be advised that the
content of this message is subject to access, review and disclosure by the sender's Email System
Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender by reply email and destroy all
copies of the original message. If you are the intended recipient, please be advised that the
content of this message is subject to access, review and disclosure by the sender's Email System
Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender by reply email and destroy all
copies of the original message. If you are the intended recipient, please be advised that the
content of this message is subject to access, review and disclosure by the sender's Email System
Administrator.

<[D-1] Joint Motion to Extend Discovery (BRM) 12-21-2020.docx>
<[D-1] Order Granting Joint Motion to Extend Discovery (BRM) 12-21-2020.docx>

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged
information. Any unauthorized review, use, disclosure or distr bution is prohibited. If you are not the intended recipient,
please contact the sender by reply email and destroy all copies of the original message. If you are the intended
recipient, please be advised that the content of this message is subject to access, review and disclosure by the
sender's Email System Administrator.

<mime-attachment>

# Exhibit R

**Motlagh, Jasmin F.**

| | |
|---|---|
| **From:** | Kelly Williams DuFord <kedwilliams@slatelawgroup.com> |
| **Sent:** | Monday, December 21, 2020 8:50 PM |
| **To:** | Wynn, Summer |
| **Cc:** | Bryan Morgan; Motlagh, Jasmin F.; Staten, Jayme; Salas, Marisa; Branden Sigua; Bryan Blanco; Joel Feldman; Esther Hernandez |
| **Subject:** | Re: Slate adv. Dahlin, et al. - Joint Motion |

**[External]**

Again making myself available for 30 mins...with my daughter but my family can be here so I can meet over the 48 hour request? Please let me know???

Sent from my iPhone

> On Dec 21, 2020, at 8:20 PM, Kelly Williams DuFord <kedwilliams@slatelawgroup.com> wrote:
>
> Call me 6194558311— you saw me on Friday when you damned I meet and confer ...: talk to me and call me or deal with the court am
> ...
>
> How much more time do you want from with sick 4 year old?!!
>
> Sent from my iPhone

>> On Dec 21, 2020, at 8:14 PM, Wynn, Summer <swynn@cooley.com> wrote:
>>
>> Counsel – I again reiterate my repeated requests that you engage in professional email communications and avoid personal attacks.
>>
>> I also ask that you stop making gross misrepresentations and defamatory statements about me and my clients.
>>
>> My response to your other emails is attached.
>>
>> **From:** Kelly Williams DuFord <kedwilliams@slatelawgroup.com>
>> **Sent:** Monday, December 21, 2020 7:43 PM
>> **To:** Bryan Morgan <bmorgan@slatelawgroup.com>
>> **Cc:** Wynn, Summer <swynn@cooley.com>; Motlagh, Jasmin F. <jmotlagh@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>; Joel Feldman <jfeldman@slatelawgroup.com>; Esther Hernandez <ehernandez@slatelawgroup.com>
>> **Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion
>>
>> **[External]**

360 asked for comment ..... I will let them know summer can't grant a 48 hour extension for dying people and kids in CoVid. It's nuts ... no wonder click up hated Cooley to begin with

Also we need to maybe meet and confer on the  dark web weird stuff we got about ███?

Someone is hell bent on exposing ████████.... ████████████████████████
████??

Idk— but 48 hours and this must be worth it to click up because ██████████████
█████████████████████.

Sent from my iPhone

On Dec 21, 2020, at 6:25 PM, Bryan Morgan <bmorgan@slatelawgroup.com> wrote:

Ok, third time's a charm?  Fingers crossed!

Thanks,

Bryan Morgan

<image001.png>
<image002.gif>
<image003.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Date:** Monday, December 21, 2020 at 6:17 PM
**To:** Wynn, Summer <swynn@cooley.com>, Motlagh, Jasmin F. <jmotlagh@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

It goes to the Box app at Box.com. Let me reboot and see if they will attach.  Resending in just a few.

Thanks,

Bryan Morgan

<image004.png>
<image005.gif>
<image006.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Wynn, Summer <swynn@cooley.com>
**Date:** Monday, December 21, 2020 at 6:13 PM
**To:** Bryan Morgan <bmorgan@slatelawgroup.com>, Motlagh, Jasmin F. <jmotlagh@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** RE: Slate adv. Dahlin, et al. - Joint Motion

We cannot click on an unauthorized link. What does the link go to?

Ok if you want to send them as attachments tomorrow.

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Sent:** Monday, December 21, 2020 6:12 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>; Wynn, Summer <swynn@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>; Joel Feldman <jfeldman@slatelawgroup.com>; Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

**[External]**

I'm not sure what is going on with my mail app.  Please use this link to download through Box.  Let me know if you have any issues, and thanks for confirmation.

Thanks,

Bryan Morgan

<image007.png>
<image008.gif>
<image009.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**From:** Motlagh, Jasmin F. <jmotlagh@cooley.com>
**Date:** Monday, December 21, 2020 at 6:07 PM
**To:** Bryan Morgan <bmorgan@slatelawgroup.com>, Wynn, Summer <swynn@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** RE: Slate adv. Dahlin, et al. - Joint Motion

Hi Bryan,

The document was not attached to either email.  Please resend.

Thank you,
Jasmin

---

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Sent:** Monday, December 21, 2020 5:21 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>; Wynn, Summer <swynn@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>; Joel Feldman <jfeldman@slatelawgroup.com>; Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

[External]

Dear Counsel:

On my end it appears the documents were not attached despite seeing them on the email.  If you did receive the documents on the first email, please disregard.

Thanks,

Bryan Morgan

<image010.png>
<image011.gif>
<image012.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Date:** Monday, December 21, 2020 at 5:17 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>, Wynn, Summer <swynn@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

Dear Counsel:

As agreed during our Rule 26 meet and confer, attached is the Joint Motion to Extend Initial Disclosures and Joint Discovery Report.  Please revert with your proposed tracked changes.

Additionally, we will be submitting the proposed Joint Discovery Plan to your office by mid-January in anticipation of the January 29, 2021, submission date.

Please let us know if you have any questions or concerns.

Regards,

Bryan Morgan

&lt;image014.gif&gt;
&lt;image015.gif&gt;
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Bryan Morgan <<bmorgan@slatelawgroup.com>>
**Date:** Friday, December 18, 2020 at 1:41 PM
**To:** Motlagh, Jasmin F. <<jmotlagh@cooley.com>>, Kelly DuFord Williams <<kedwilliams@slatelawgroup.com>>, Branden Sigua <<bsigua@slatelawgroup.com>>, Bryan Blanco <<bblanco@slatelawgroup.com>>
**Cc:** Wynn, Summer <<swynn@cooley.com>>, Staten, Jayme <<jstaten@cooley.com>>, Salas, Marisa <<msalas@cooley.com>>
**Subject:** Re: Slate adv. Dahlin, et al

Thank you, Jasmin!  We will get the joint motion over to you as soon as possible.

Regards,

Bryan Morgan

&lt;image016.png&gt;
&lt;image017.gif&gt;
&lt;image018.gif&gt;
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Motlagh, Jasmin F. <<jmotlagh@cooley.com>>
**Date:** Friday, December 18, 2020 at 1:24 PM
**To:** Kelly DuFord Williams <<kedwilliams@slatelawgroup.com>>, Bryan Morgan <<bmorgan@slatelawgroup.com>>, Branden Sigua <<bsigua@slatelawgroup.com>>, Bryan Blanco <<bblanco@slatelawgroup.com>>
**Cc:** Wynn, Summer <<swynn@cooley.com>>, Christine Robles <<crobles@slatelawgroup.com>>, Staten, Jayme <<jstaten@cooley.com>>, Salas, Marisa <<msalas@cooley.com>>
**Subject:** RE: Slate adv. Dahlin, et al

Hi all,

We are following up to confirm that the parties held their Rule 26(f) conference today and to outline what was discussed and agreed upon.  The parties agreed to submit their initial Rule 26(a) disclosures and Rule 26(f) report on January 29, 2021.  Plaintiff will draft a joint motion and proposed order to the Court with these deadlines.  The parties further agreed that Plaintiff will draft the Rule 26(f) report and will submit it to Defendants for comments/revisions by a certain date, and that Plaintiff will let Defendants know when it anticipates providing a draft.

Thank you,
Jasmin

**From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
**Sent:** Friday, December 18, 2020 9:58 AM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>; Bryan Morgan <bmorgan@slatelawgroup.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>
**Cc:** Wynn, Summer <swynn@cooley.com>; Christine Robles <crobles@slatelawgroup.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

**[External]**

---

That works for me. just in case I also cc'd a few other associates so we can make sure someone is there. Also, Joel is OOO so Bryan Morgan is also cc'd on this email

On Fri, Dec 18, 2020 at 9:55 AM Motlagh, Jasmin F. <jmotlagh@cooley.com> wrote:

> We are available between 1:00 and 2:00 p.m.  If that works, I will circulate a dial-in for 1:00 p.m.
>
>
> **From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
> **Sent:** Friday, December 18, 2020 8:39 AM
> **To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>
> **Cc:** Wynn, Summer <swynn@cooley.com>; Christine Robles <crobles@slatelawgroup.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
> **Subject:** Re: Slate adv. Dahlin, et al
>
>
> **[External]**

Anytime today :)

On Fri, Dec 18, 2020 at 8:35 AM Motlagh, Jasmin F.
<jmotlagh@cooley.com> wrote:

> Counsel,
>
> Following up on the below, we have yet to receive your availability to
> meet and confer.  Let us know when you are available to confer.
>
> Thank you,
>
> Jasmin
>
> **From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
> **Sent:** Monday, December 14, 2020 10:59 AM
> **To:** Wynn, Summer <swynn@cooley.com>
> **Cc:** Christine Robles <crobles@slatelawgroup.com>; Motlagh, Jasmin
> F. <jmotlagh@cooley.com>; Staten, Jayme <jstaten@cooley.com>;
> Salas, Marisa <msalas@cooley.com>
> **Subject:** Re: Slate adv. Dahlin, et al
>
> **[External]**
>
> I will find time for it to happen this week.
>
> On Mon, Dec 14, 2020 at 10:13 AM Wynn, Summer
> <swynn@cooley.com> wrote:
>
>> The rules contemplate a meaningful discussion. Let us know
>> the availability of counsel of record, even if later this week.
>>
>> **From:** Christine Robles <crobles@slatelawgroup.com>
>> **Sent:** Monday, December 14, 2020 10:09 AM

8

**Exhibit R**
**Pg. 165**

**To:** Wynn, Summer <swynn@cooley.com>
**Cc:** Kelly Williams DuFord <kedwilliams@slatelawgroup.com>;
Motlagh, Jasmin F. <jmotlagh@cooley.com>; Staten, Jayme
<jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

**[External]**

_____

We literally have all day depositions. I will see if someone can do it.

On Mon, Dec 14, 2020 at 8:59 AM Wynn, Summer
<swynn@cooley.com> wrote:

Counsel – pursuant to the Rules, Monday December 14 is the
last day for the parties to meet and confer under Rule 26(f).
Please let us know when you are available to confer.

Thanks,

Summer

**Summer Wynn**

Partner

Cooley LLP

4401 Eastgate Mall

San Diego, CA   92121-1909

+1 858 550 6030 office

+1 858 550 6420 fax

swynn@cooley.com

www.cooley.com/swynn

Cooley is committed to **racial justice**

Cooley is one of Fortune's **100 Best Companies to Work For**

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distr bution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

--

<image019.jpg>

<image019.jpg>
<image019.jpg>
<image019.jpg>
<image019.jpg>

CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be

advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

--

<image019.jpg>

<image019.jpg>
<image019.jpg>
<image019.jpg>
<image019.jpg>

<image019.jpg>

CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

_____

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is proh bited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

--

<image019.jpg>

<image019.jpg>
<image019.jpg>
<image019.jpg>
<image019.jpg>

<image019.jpg>

CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you

**Exhibit R**

**Pg. 168**

believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

<[D-1] Joint Motion to Extend Discovery (BRM) 12-21-2020.docx>
<[D-1] Order Granting Joint Motion to Extend Discovery (BRM) 12-21-2020.docx>

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distr bution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

<mime-attachment>

# Exhibit S

**Motlagh, Jasmin F.**

---

| | |
|---|---|
| **From:** | Kelly Williams DuFord <kedwilliams@slatelawgroup.com> |
| **Sent:** | Monday, December 21, 2020 9:39 PM |
| **To:** | Wynn, Summer |
| **Cc:** | Bryan Morgan; Motlagh, Jasmin F.; Staten, Jayme; Salas, Marisa; Branden Sigua; Bryan Blanco; Joel Feldman; Esther Hernandez |
| **Subject:** | Re: Slate adv. Dahlin, et al. - Joint Motion |

**[External]**

My ex has the kiddos covered now if you want to chat I even more available:) trying to fin the joy in life!!

Sent from my iPhone

> On Dec 21, 2020, at 8:20 PM, Kelly Williams DuFord <kedwilliams@slatelawgroup.com> wrote:
>
> Call me 6194558311— you saw me on Friday when you damned I meet and confer ...: talk to me and call me or deal with the court am
> ...
>
> How much more time do you want from with sick 4 year old?!!
>
> Sent from my iPhone

>> On Dec 21, 2020, at 8:14 PM, Wynn, Summer <swynn@cooley.com> wrote:
>>
>> Counsel – I again reiterate my repeated requests that you engage in professional email communications and avoid personal attacks.
>>
>> I also ask that you stop making gross misrepresentations and defamatory statements about me and my clients.
>>
>> My response to your other emails is attached.
>>
>> **From:** Kelly Williams DuFord <kedwilliams@slatelawgroup.com>
>> **Sent:** Monday, December 21, 2020 7:43 PM
>> **To:** Bryan Morgan <bmorgan@slatelawgroup.com>
>> **Cc:** Wynn, Summer <swynn@cooley.com>; Motlagh, Jasmin F. <jmotlagh@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>; Joel Feldman <jfeldman@slatelawgroup.com>; Esther Hernandez <ehernandez@slatelawgroup.com>
>> **Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion
>>
>> **[External]**

360 asked for comment ..... I will let them know summer can't grant a 48 hour extension for dying people and kids in CoVid. It's nuts ... no wonder click up hated Cooley to begin with

Also we need to maybe meet and confer on the  dark web weird stuff we got about ██████?

Someone is hell bent on exposing ████████ .... ████████████████████
██████ ??

Idk— but 48 hours and this must be worth it to click up because ████████████
██████████████████ .

Sent from my iPhone


On Dec 21, 2020, at 6:25 PM, Bryan Morgan <bmorgan@slatelawgroup.com> wrote:


Ok, third time's a charm?  Fingers crossed!

Thanks,

Bryan Morgan

<image001.png>
<image002.gif>
<image003.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.


**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Date:** Monday, December 21, 2020 at 6:17 PM
**To:** Wynn, Summer <swynn@cooley.com>, Motlagh, Jasmin F. <jmotlagh@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

It goes to the Box app at Box.com. Let me reboot and see if they will attach.  Resending in just a few.

Thanks,

Bryan Morgan

<image004.png>
<image005.gif>
<image006.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**From:** Wynn, Summer <swynn@cooley.com>
**Date:** Monday, December 21, 2020 at 6:13 PM
**To:** Bryan Morgan <bmorgan@slatelawgroup.com>, Motlagh, Jasmin F. <jmotlagh@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** RE: Slate adv. Dahlin, et al. - Joint Motion

We cannot click on an unauthorized link. What does the link go to?

Ok if you want to send them as attachments tomorrow.

---

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Sent:** Monday, December 21, 2020 6:12 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>; Wynn, Summer <swynn@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>; Joel Feldman <jfeldman@slatelawgroup.com>; Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

**[External]**

---

I'm not sure what is going on with my mail app.  Please use this link to download through Box.  Let me know if you have any issues, and thanks for confirmation.

Thanks,

Bryan Morgan

<image007.png>
<image008.gif>
<image009.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Motlagh, Jasmin F. <jmotlagh@cooley.com>
**Date:** Monday, December 21, 2020 at 6:07 PM
**To:** Bryan Morgan <bmorgan@slatelawgroup.com>, Wynn, Summer <swynn@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** RE: Slate adv. Dahlin, et al. - Joint Motion

Hi Bryan,

The document was not attached to either email.  Please resend.

Thank you,
Jasmin

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Sent:** Monday, December 21, 2020 5:21 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>; Wynn, Summer <swynn@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>; Joel Feldman <jfeldman@slatelawgroup.com>; Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

[External]

Dear Counsel:

On my end it appears the documents were not attached despite seeing them on the email.  If you did receive the documents on the first email, please disregard.

Thanks,

Bryan Morgan

<image010.png>
<image011.gif>
<image012.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Date:** Monday, December 21, 2020 at 5:17 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>, Wynn, Summer <swynn@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

Dear Counsel:

As agreed during our Rule 26 meet and confer, attached is the Joint Motion to Extend Initial Disclosures and Joint Discovery Report.  Please revert with your proposed tracked changes.

Additionally, we will be submitting the proposed Joint Discovery Plan to your office by mid-January in anticipation of the January 29, 2021, submission date.

Please let us know if you have any questions or concerns.

Regards,

Bryan Morgan

<image014.gif>
<image015.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Date:** Friday, December 18, 2020 at 1:41 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>, Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>
**Cc:** Wynn, Summer <swynn@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

Thank you, Jasmin!  We will get the joint motion over to you as soon as possible.

Regards,

Bryan Morgan

<image016.png>
<image017.gif>
<image018.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Motlagh, Jasmin F. <jmotlagh@cooley.com>
**Date:** Friday, December 18, 2020 at 1:24 PM
**To:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Bryan Morgan <bmorgan@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>
**Cc:** Wynn, Summer <swynn@cooley.com>, Christine Robles <crobles@slatelawgroup.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Subject:** RE: Slate adv. Dahlin, et al

Hi all,

We are following up to confirm that the parties held their Rule 26(f) conference today and to outline what was discussed and agreed upon.  The parties agreed to submit their initial Rule 26(a) disclosures and Rule 26(f) report on January 29, 2021.  Plaintiff will draft a joint motion and proposed order to the Court with these deadlines.  The parties further agreed that Plaintiff will draft the Rule 26(f) report and will submit it to Defendants for comments/revisions by a certain date, and that Plaintiff will let Defendants know when it anticipates providing a draft.

Thank you,
Jasmin

**From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
**Sent:** Friday, December 18, 2020 9:58 AM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>; Bryan Morgan <bmorgan@slatelawgroup.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>
**Cc:** Wynn, Summer <swynn@cooley.com>; Christine Robles <crobles@slatelawgroup.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

**[External]**

That works for me. just in case I also cc'd a few other associates so we can make sure someone is there. Also, Joel is OOO so Bryan Morgan is also cc'd on this email

On Fri, Dec 18, 2020 at 9:55 AM Motlagh, Jasmin F. <jmotlagh@cooley.com> wrote:

> We are available between 1:00 and 2:00 p.m.  If that works, I will circulate a dial-in for 1:00 p.m.
>
>
> **From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
> **Sent:** Friday, December 18, 2020 8:39 AM
> **To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>
> **Cc:** Wynn, Summer <swynn@cooley.com>; Christine Robles <crobles@slatelawgroup.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
> **Subject:** Re: Slate adv. Dahlin, et al
>
>
> **[External]**

Anytime today :)


On Fri, Dec 18, 2020 at 8:35 AM Motlagh, Jasmin F.
<jmotlagh@cooley.com> wrote:

> Counsel,
>
>
> Following up on the below, we have yet to receive your availability to
> meet and confer.  Let us know when you are available to confer.
>
>
> Thank you,
>
> Jasmin
>
>
> **From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
> **Sent:** Monday, December 14, 2020 10:59 AM
> **To:** Wynn, Summer <swynn@cooley.com>
> **Cc:** Christine Robles <crobles@slatelawgroup.com>; Motlagh, Jasmin
> F. <jmotlagh@cooley.com>; Staten, Jayme <jstaten@cooley.com>;
> Salas, Marisa <msalas@cooley.com>
> **Subject:** Re: Slate adv. Dahlin, et al
>
>
> **[External]**
>
> _____
>
> I will find time for it to happen this week.
>
>
> On Mon, Dec 14, 2020 at 10:13 AM Wynn, Summer
> <swynn@cooley.com> wrote:
>
>> The rules contemplate a meaningful discussion. Let us know
>> the availability of counsel of record, even if later this week.
>>
>>
>> **From:** Christine Robles <crobles@slatelawgroup.com>
>> **Sent:** Monday, December 14, 2020 10:09 AM

8
**Exhibit S**
**Pg. 178**

**To:** Wynn, Summer <swynn@cooley.com>
**Cc:** Kelly Williams DuFord <kedwilliams@slatelawgroup.com>;
Motlagh, Jasmin F. <jmotlagh@cooley.com>; Staten, Jayme
<jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

**[External]**

---

We literally have all day depositions. I will see if someone can do it.

On Mon, Dec 14, 2020 at 8:59 AM Wynn, Summer
<swynn@cooley.com> wrote:

Counsel – pursuant to the Rules, Monday December 14 is the
last day for the parties to meet and confer under Rule 26(f).
Please let us know when you are available to confer.

Thanks,

Summer

**Summer Wynn**

Partner

Cooley LLP

4401 Eastgate Mall

San Diego, CA   92121-1909

+1 858 550 6030 office

+1 858 550 6420 fax

swynn@cooley.com

www.cooley.com/swynn

Cooley is committed to **racial justice**

Cooley is one of Fortune's **100 Best Companies to Work For**

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distr bution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

--

<image019.jpg>

<image019.jpg>
<image019.jpg>
<image019.jpg>
<image019.jpg>

CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be

**Exhibit S**
**Pg. 180**

advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

--

&lt;image019.jpg&gt;

&lt;image019.jpg&gt;
&lt;image019.jpg&gt;
&lt;image019.jpg&gt;
&lt;image019.jpg&gt;

&lt;image019.jpg&gt;

CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is proh bited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

--
&lt;image019.jpg&gt;

&lt;image019.jpg&gt;
&lt;image019.jpg&gt;
&lt;image019.jpg&gt;
&lt;image019.jpg&gt;

&lt;image019.jpg&gt;
CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you

**Exhibit S**
**Pg. 181**

believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

<[D-1] Joint Motion to Extend Discovery (BRM) 12-21-2020.docx>
<[D-1] Order Granting Joint Motion to Extend Discovery (BRM) 12-21-2020.docx>

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distr bution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

<mime-attachment>

# Exhibit T

**Motlagh, Jasmin F.**

| | |
|---|---|
| **From:** | Wynn, Summer |
| **Sent:** | Monday, December 21, 2020 10:13 PM |
| **To:** | Kelly Williams DuFord |
| **Cc:** | Bryan Morgan; Motlagh, Jasmin F.; Staten, Jayme; Salas, Marisa; Branden Sigua; Bryan Blanco; Joel Feldman; Esther Hernandez |
| **Subject:** | RE: Slate adv. Dahlin, et al. - Joint Motion |

Counsel, given the number and content of your email communications this evening, all communications between us regarding this matter need to be in writing.

In lieu of a meet and confer phone discussion, you can provide the Court with a complete copy of our email communications.

---

**From:** Kelly Williams DuFord <kedwilliams@slatelawgroup.com>
**Sent:** Monday, December 21, 2020 8:50 PM
**To:** Wynn, Summer <swynn@cooley.com>
**Cc:** Bryan Morgan <bmorgan@slatelawgroup.com>; Motlagh, Jasmin F. <jmotlagh@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>; Joel Feldman <jfeldman@slatelawgroup.com>; Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

**[External]**

Again making myself available for 30 mins...with my daughter but my family can be here so I can meet over the 48 hour request? Please let me know???

Sent from my iPhone

> On Dec 21, 2020, at 8:20 PM, Kelly Williams DuFord <kedwilliams@slatelawgroup.com> wrote:
>
> Call me 6194558311— you saw me on Friday when you damned I meet and confer ...: talk to me and call me or deal with the court am
> ...
>
> How much more time do you want from with sick 4 year old?!!
>
> Sent from my iPhone
>
>> On Dec 21, 2020, at 8:14 PM, Wynn, Summer <swynn@cooley.com> wrote:
>>
>> Counsel – I again reiterate my repeated requests that you engage in professional email communications and avoid personal attacks.

I also ask that you stop making gross misrepresentations and defamatory statements about me and my clients.

My response to your other emails is attached.

---

**From:** Kelly Williams DuFord <kedwilliams@slatelawgroup.com>
**Sent:** Monday, December 21, 2020 7:43 PM
**To:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Cc:** Wynn, Summer <swynn@cooley.com>; Motlagh, Jasmin F. <jmotlagh@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>; Joel Feldman <jfeldman@slatelawgroup.com>; Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

**[External]**

---

360 asked for comment ..... I will let them know summer can't grant a 48 hour extension for dying people and kids in CoVid. It's nuts ... no nonder click up hated Cooley to begin with

Also we need to maybe meet and confer on the  dark web weird stuff we got about ████?

Someone is hell bent on exposing ████████ .... ██████████████████ ████??

Idk— but 48 hours and this must be worth it to click up because ██████████ ████████████████ .

Sent from my iPhone

On Dec 21, 2020, at 6:25 PM, Bryan Morgan <bmorgan@slatelawgroup.com> wrote:

Ok, third time's a charm?  Fingers crossed!

Thanks,

Bryan Morgan

<image001.png>
<image002.gif>
<image003.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including

any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Date:** Monday, December 21, 2020 at 6:17 PM
**To:** Wynn, Summer <swynn@cooley.com>, Motlagh, Jasmin F. <jmotlagh@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

It goes to the Box app at Box.com. Let me reboot and see if they will attach.  Resending in just a few.

Thanks,

Bryan Morgan

<image004.png>
<image005.gif>
<image006.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**From:** Wynn, Summer <swynn@cooley.com>
**Date:** Monday, December 21, 2020 at 6:13 PM
**To:** Bryan Morgan <bmorgan@slatelawgroup.com>, Motlagh, Jasmin F. <jmotlagh@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** RE: Slate adv. Dahlin, et al. - Joint Motion

We cannot click on an unauthorized link. What does the link go to?

Ok if you want to send them as attachments tomorrow.

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Sent:** Monday, December 21, 2020 6:12 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>; Wynn, Summer
<swynn@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas,
Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>; Branden
Sigua <bsigua@slatelawgroup.com>; Bryan Blanco
<bblanco@slatelawgroup.com>; Joel Feldman
<jfeldman@slatelawgroup.com>; Esther Hernandez
<ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

**[External]**

I'm not sure what is going on with my mail app.  Please use this link to
download through Box.  Let me know if you have any issues, and thanks
for confirmation.

Thanks,

Bryan Morgan

<image007.png>
<image008.gif>
<image009.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and
are for the sole use of the intended recipient. Use or distribution by an
unintended recipient is prohibited and may be a violation of law. If you
believe that you received this e-mail in error, then please do not read this e-mail
or any attached items, please delete the e-mail and all attachments, including
any copies thereof, and inform the sender that you have deleted the e-
mail, all attachments and copies thereof.

**From:** Motlagh, Jasmin F. <jmotlagh@cooley.com>
**Date:** Monday, December 21, 2020 at 6:07 PM
**To:** Bryan Morgan <bmorgan@slatelawgroup.com>, Wynn,
Summer <swynn@cooley.com>, Staten, Jayme
<jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>,
Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco
<bblanco@slatelawgroup.com>, Joel Feldman
<jfeldman@slatelawgroup.com>, Esther Hernandez
<ehernandez@slatelawgroup.com>
**Subject:** RE: Slate adv. Dahlin, et al. - Joint Motion

Hi Bryan,

The document was not attached to either email.  Please resend.

Thank you,

Jasmin

---

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Sent:** Monday, December 21, 2020 5:21 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>; Wynn, Summer <swynn@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>; Branden Sigua <bsigua@slatelawgroup.com>; Bryan Blanco <bblanco@slatelawgroup.com>; Joel Feldman <jfeldman@slatelawgroup.com>; Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

**[External]**

---

Dear Counsel:

On my end it appears the documents were not attached despite seeing them on the email.  If you did receive the documents on the first email, please disregard.

Thanks,

Bryan Morgan

<image010.png>
<image011.gif>
<image012.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

---

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Date:** Monday, December 21, 2020 at 5:17 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>, Wynn, Summer <swynn@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Cc:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>, Joel Feldman <jfeldman@slatelawgroup.com>, Esther Hernandez <ehernandez@slatelawgroup.com>
**Subject:** Re: Slate adv. Dahlin, et al. - Joint Motion

Dear Counsel:

**Exhibit T**
**Pg. 188**

As agreed during our Rule 26 meet and confer, attached is the Joint Motion to Extend Initial Disclosures and Joint Discovery Report.  Please revert with your proposed tracked changes.

Additionally, we will be submitting the proposed Joint Discovery Plan to your office by mid-January in anticipation of the January 29, 2021, submission date.

Please let us know if you have any questions or concerns.

Regards,

Bryan Morgan

<image013.png>
<image014.gif>
<image015.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Bryan Morgan <bmorgan@slatelawgroup.com>
**Date:** Friday, December 18, 2020 at 1:41 PM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>, Kelly DuFord Williams <kedwilliams@slatelawgroup.com>, Branden Sigua <bsigua@slatelawgroup.com>, Bryan Blanco <bblanco@slatelawgroup.com>
**Cc:** Wynn, Summer <swynn@cooley.com>, Staten, Jayme <jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

Thank you, Jasmin!  We will get the joint motion over to you as soon as possible.

Regards,

Bryan Morgan

<image016.png>
<image017.gif>
<image018.gif>
CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, then please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

**From:** Motlagh, Jasmin F. <jmotlagh@cooley.com>
**Date:** Friday, December 18, 2020 at 1:24 PM
**To:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>,
Bryan Morgan <bmorgan@slatelawgroup.com>, Branden Sigua
<bsigua@slatelawgroup.com>, Bryan Blanco
<bblanco@slatelawgroup.com>
**Cc:** Wynn, Summer <swynn@cooley.com>, Christine Robles
<crobles@slatelawgroup.com>, Staten, Jayme
<jstaten@cooley.com>, Salas, Marisa <msalas@cooley.com>
**Subject:** RE: Slate adv. Dahlin, et al

Hi all,

We are following up to confirm that the parties held their Rule 26(f)
conference today and to outline what was discussed and agreed
upon.  The parties agreed to submit their initial Rule 26(a) disclosures
and Rule 26(f) report on January 29, 2021.  Plaintiff will draft a joint
motion and proposed order to the Court with these deadlines.  The
parties further agreed that Plaintiff will draft the Rule 26(f) report and
will submit it to Defendants for comments/revisions by a certain date,
and that Plaintiff will let Defendants know when it anticipates providing
a draft.

Thank you,
Jasmin

**From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
**Sent:** Friday, December 18, 2020 9:58 AM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>; Bryan Morgan
<bmorgan@slatelawgroup.com>; Branden Sigua
<bsigua@slatelawgroup.com>; Bryan Blanco
<bblanco@slatelawgroup.com>
**Cc:** Wynn, Summer <swynn@cooley.com>; Christine Robles
<crobles@slatelawgroup.com>; Staten, Jayme <jstaten@cooley.com>;
Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

**[External]**

That works for me. just in case I also cc'd a few other associates so we
can make sure someone is there. Also, Joel is OOO so Bryan Morgan is
also cc'd on this email

On Fri, Dec 18, 2020 at 9:55 AM Motlagh, Jasmin F.
<jmotlagh@cooley.com> wrote:

> We are available between 1:00 and 2:00 p.m.  If that works, I will
> circulate a dial-in for 1:00 p.m.

**From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
**Sent:** Friday, December 18, 2020 8:39 AM
**To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>
**Cc:** Wynn, Summer <swynn@cooley.com>; Christine Robles
<crobles@slatelawgroup.com>; Staten, Jayme <jstaten@cooley.com>;
Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

**[External]**

---

Anytime today :)

On Fri, Dec 18, 2020 at 8:35 AM Motlagh, Jasmin F.
<jmotlagh@cooley.com> wrote:

Counsel,

Following up on the below, we have yet to receive your availability to
meet and confer.  Let us know when you are available to confer.

Thank you,

Jasmin

**From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
**Sent:** Monday, December 14, 2020 10:59 AM
**To:** Wynn, Summer <swynn@cooley.com>
**Cc:** Christine Robles <crobles@slatelawgroup.com>; Motlagh, Jasmin
F. <jmotlagh@cooley.com>; Staten, Jayme <jstaten@cooley.com>;
Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

**[External]**

---

I will find time for it to happen this week.

On Mon, Dec 14, 2020 at 10:13 AM Wynn, Summer <swynn@cooley.com> wrote:

The rules contemplate a meaningful discussion. Let us know the availability of counsel of record, even if later this week.

**From:** Christine Robles <crobles@slatelawgroup.com>
**Sent:** Monday, December 14, 2020 10:09 AM
**To:** Wynn, Summer <swynn@cooley.com>
**Cc:** Kelly Williams DuFord <kedwilliams@slatelawgroup.com>; Motlagh, Jasmin F. <jmotlagh@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

**[External]**

---

We literally have all day depositions. I will see if someone can do it.

On Mon, Dec 14, 2020 at 8:59 AM Wynn, Summer <swynn@cooley.com> wrote:

Counsel – pursuant to the Rules, Monday December 14 is the last day for the parties to meet and confer under Rule 26(f). Please let us know when you are available to confer.

Thanks,

Summer

**Summer Wynn**

Partner

Cooley LLP

4401 Eastgate Mall

San Diego, CA   92121-1909

+1 858 550 6030 office

+1 858 550 6420 fax

swynn@cooley.com

www.cooley.com/swynn

Cooley is committed to **racial justice**

Cooley is one of Fortune's **100 Best Companies to Work For**

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distr bution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

--

<image019.jpg>

<image019.jpg>
<image019.jpg>
<image019.jpg>
<image019.jpg>

CONFIDENTIAL COMMUNICATION

10

**Exhibit T**

**Pg. 193**

E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

_____

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

--

<image019.jpg>

<image019.jpg>
<image019.jpg>
<image019.jpg>
<image019.jpg>

<image019.jpg>

CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

_____

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

**Exhibit T**
**Pg. 194**

--
&lt;image019.jpg&gt;

&lt;image019.jpg&gt;
&lt;image019.jpg&gt;
&lt;image019.jpg&gt;
&lt;image019.jpg&gt;

&lt;image019.jpg&gt;
CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

&lt;[D-1] Joint Motion to Extend Discovery (BRM) 12-21-2020.docx&gt;
&lt;[D-1] Order Granting Joint Motion to Extend Discovery (BRM) 12-21-2020.docx&gt;

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distr bution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

&lt;mime-attachment&gt;

**Exhibit T**
**Pg. 195**

# Exhibit U

**<u>Transcription of Kelly Williams DuFord Voicemail</u>**

[BEGIN MESSAGE – 7:09 P.M.] Samara [Summer], I'm so sorry, this is Kelly DuFord Williams. I'm calling because Joel mentioned that you are on my email and you can't get a hold of me. I'm in, well, two of my children are dealing with being ill and I want to make sure that you and I connect because he mentioned I couldn't get an extension on that motion and he was concerned because he was dealing with his father at the end of last week and so, as you know from our, I'm sorry, our meeting, I'm sorry, but I was also dealing with children that are ill and I so, I just want to make that we are able to connect on any issues to deal with, an extension that may be necessary for 48 hours. [Unintelligible] declaration I want to make sure that like I was able to at least confer with you. Sorry. So, excuse me, if you give me a call. My call back number is 619-455-8311. Please give me a call tonight, otherwise I'll just [unintelligible] declaration for Federal Court. [Unintelligible] be good to try to ask for 48 hours extension for you to be able to do a joint motion, otherwise. In spite even Joel's situation, you will make sure that we get it filed tonight for a unilateral extension [unintelligible]. Thank you for your time. I hope you receive this voice-mail. I know Joel did try every [unintelligible] prior to such a late hour. Again, my cell phone is 619-455-8311.

# Exhibit V

Exhibit V
Pg. 198

**Motlagh, Jasmin F.**

---

| | |
|---|---|
| **From:** | Kelly DuFord Williams <kedwilliams@slatelawgroup.com> |
| **Sent:** | Friday, December 18, 2020 9:58 AM |
| **To:** | Motlagh, Jasmin F.; Bryan Morgan; Branden Sigua; Bryan Blanco |
| **Cc:** | Wynn, Summer; Christine Robles; Staten, Jayme; Salas, Marisa |
| **Subject:** | Re: Slate adv. Dahlin, et al |

**[External]**

That works for me. just in case I also cc'd a few other associates so we can make sure someone is there. Also, Joel is OOO so Bryan Morgan is also cc'd on this email

On Fri, Dec 18, 2020 at 9:55 AM Motlagh, Jasmin F. <jmotlagh@cooley.com> wrote:

> We are available between 1:00 and 2:00 p.m.  If that works, I will circulate a dial-in for 1:00 p.m.
>
>
> **From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
> **Sent:** Friday, December 18, 2020 8:39 AM
> **To:** Motlagh, Jasmin F. <jmotlagh@cooley.com>
> **Cc:** Wynn, Summer <swynn@cooley.com>; Christine Robles <crobles@slatelawgroup.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
> **Subject:** Re: Slate adv. Dahlin, et al
>
>
> **[External]**
>
> ---
>
> Anytime today :)
>
>
> On Fri, Dec 18, 2020 at 8:35 AM Motlagh, Jasmin F. <jmotlagh@cooley.com> wrote:
>
>> Counsel,
>>
>>
>> Following up on the below, we have yet to receive your availability to meet and confer.  Let us know when you are available to confer.
>>
>>
>> Thank you,
>>
>> Jasmin

**From:** Kelly DuFord Williams <kedwilliams@slatelawgroup.com>
**Sent:** Monday, December 14, 2020 10:59 AM
**To:** Wynn, Summer <swynn@cooley.com>
**Cc:** Christine Robles <crobles@slatelawgroup.com>; Motlagh, Jasmin F. <jmotlagh@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

[External]

I will find time for it to happen this week.

On Mon, Dec 14, 2020 at 10:13 AM Wynn, Summer <swynn@cooley.com> wrote:

The rules contemplate a meaningful discussion. Let us know the availability of counsel of record, even if later this week.

**From:** Christine Robles <crobles@slatelawgroup.com>
**Sent:** Monday, December 14, 2020 10:09 AM
**To:** Wynn, Summer <swynn@cooley.com>
**Cc:** Kelly Williams DuFord <kedwilliams@slatelawgroup.com>; Motlagh, Jasmin F. <jmotlagh@cooley.com>; Staten, Jayme <jstaten@cooley.com>; Salas, Marisa <msalas@cooley.com>
**Subject:** Re: Slate adv. Dahlin, et al

[External]

We literally have all day depositions. I will see if someone can do it.

On Mon, Dec 14, 2020 at 8:59 AM Wynn, Summer <swynn@cooley.com> wrote:

Counsel – pursuant to the Rules, Monday December 14 is the last day for the parties to meet and confer under Rule 26(f). Please let us know when you are available to confer.

Thanks,

Summer

# Summer Wynn

Partner

Cooley LLP

4401 Eastgate Mall

San Diego, CA   92121-1909

+1 858 550 6030 office

+1 858 550 6420 fax

swynn@cooley.com

www.cooley.com/swynn

Cooley is committed to **racial justice**

Cooley is one of Fortune's **100 Best Companies to Work For**

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

--





CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

--







CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

--



CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited and may be a violation of law.  If you believe that you received this e-mail in error, please do not read this e-mail or any attached items, please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and copies thereof.

# Exhibit W

KELLY E. DUFORD, State Bar No. 295646
*kedwilliams@slatelawgroup.com*
BRANDEN C. SIGUA, State Bar No. 312282
*bsigua@slatelawgroup.com*
SLATE LAW GROUP
750 B Street, Suite 2250
San Diego, CA 92101
Ph: (619) 546-4291
Fax: (619) 354-2449

Attorneys for Plaintiff
WHITESLATE, LLP DBA SLATE LAW
GROUP

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITESLATE, LLP DBA SLATE LAW GROUP,<br><br>             Plaintiff,<br><br>vs.<br><br>DEREK DAHLIN, an individual; BRIAN EVANS, individually, and as Chief Executive Officer of MANGO TECHNOLOGIES, INC. DBA CLICKUP; ROBERT SMITH, individually, and as Chief Financial Officer and Secretary of MANGO TECHNOLOGIES, INC. DBA CLICKUP; WES BRUMMETTE, individually, and as Agent for Service of Process of MANGO TECHNOLOGIES, INC. DBA CLICKUP; MANGO TECHNOLOGIES, INC. DBA CLICKUP; and DOES 1-100, inclusive,<br><br>             Defendants. | Case No.  3:20-cv-01782-W-BGS<br><br>**JOINT MOTION TO EXTEND JOINT RULE 26(f)(3) REPORT AND RULE 26(a) INITIAL DISCLOSURES**<br><br>Dept.: 3C<br><br>Judge: Thomas J. Whelan |

WHITESLATE, LLP DBA SLATE LAW GROUP ("Plaintiff"), by and through its counsel of record, Slate Law Group; and DEREK DAHLIN, BRIAN EVANS, ROBERT SMITH, MARK (WES) BRUMMETTE and MANGO TECHNOLOGIES, INC. DBA CLICKUP ("Defendants"), by and through their respective counsel of record, Cooley LLP, (collectively the "Parties"), jointly stipulate and move this Court to modify the briefing schedule for Fed. R. Civ. Proc. ("FRCP") Rule 26(a) Initial Disclosures and FRCP Rule 26(f)(3) Report as follows:

WHEREAS, on or about September 10, 2020, Plaintiff filed the Complaint (ECF No. 1);

WHEREAS, on December 18, 2020, the Parties held a meet and confer via telephonic conference pursuant to FRCP Rule 26(f)(1);

WHEREAS, pursuant to FRCP Rule 26(a), Initial Disclosures are currently due on January 1, 2021;

WHEREAS, during the Parties' meet and confer, the Parties agreed to modify the current schedule as follows:

Due to the holiday season, the FRCP Joint Rule 26(f)(1) Report and Rule 26(a) Initial Disclosures shall be due on **January 29, 2021**.

NOW THEREFORE, based on the above and for good cause shown, the Parties hereby jointly stipulate, by and through their counsel of record and subject to the Court's approval, as follows:

The FRCP Joint Rule 26(f)(1) Report and Rule 26(a) Initial Disclosures shall be due on **January 29, 2021**.

**IT IS SO STIPULATED.**

Dated: December 22, 2020          Respectfully submitted,

WHITESLATE, LLP DBA
SLATE LAW GROUP

By: /s/_____
KELLY E. DUFORD
BRANDEN C. SIGUA
Attorneys for PLAINTIFF
WHITESLATE, LLP DBA
SLATE LAW GROUP

Dated: December 22, 2020          COOLEY LLP

By: /s/_____
SUMMER WYNN
Attorney for Defendants
DEREK DAHLIN, BRIAN EVANS,
ROBERT SMITH, WES BRUMMETTE
and MANGO TECHNOLOGIES, INC.
DBA CLICKUP

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to KELLY E. DUFORD, counsel for Plaintiff in this matter, and that I have obtained their authorization to affix her electronic signature to this document.

/s/_____
[Filing Atty's Name]

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Notice of Electronic Filing.  I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on Tuesday, December 22, 2020.

_____

[Name]

---

JOINT MOTION TO EXTEND JOINT RULE 26(f)(3) REPORT AND RULE 26(a) INITIAL DISCLOSURES

**Exhibit W** 4

**Pg. 208**