1  KELLY DUFORD WILLIAMS, State Bar No.295646
   kedwilliams@slatelawgroup.com
2  SLATE LAW GROUP
   750 B Street, Suite 2250
3  San Diego, CA 92101
   Ph: (619) 565-5077
4

5  Attorney for Plaintiff
   WHITESLATE, LLP., DBA SLATE LAW GROUP
6

7  COOLEY LLP
   SUMMER J. WYNN
8  JAYME B. STATEN
   4401 Eastgate Mall
9  San Diego, CA. 92121
   Ph: (858) 550-6000
10

11 COOLEY LLP
   JASMIN F. MOTLAGH
12 1333 2nd Street, Suite 400
   Santa Monica, CA. 90401
13 Ph: (310) 883-6400

14 Attorneys for Defendants
   DEREK DAHLIN, et al.
15

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITESLATE, LLP., DBA SLATE LAW GROUP,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DEREK DAHLIN, et al.,<br><br>　　　　Defendants. | Case No.: 20-CV-1782 W (BGS)<br><br>**REQUEST FOR DISMISSAL AND PROPOSED ORDER** |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(2) and the mutual agreement of the Parties that this action be dismissed with prejudice as to all Parties' claims and causes of action, with each Party bearing that Party's own attorney's fees and costs, notwithstanding Federal Rule of Civil Procedure 54(d).

1 | Based on the foregoing, Plaintiff hereby requests that the Court enter an
2 | Order dismissing this action with prejudice as set forth above.
3 | Dated: September 21, 2021.          **SLATE LAW GROUP**

By: <u>/s/Kelly Duford Williams</u>
Attorney for Plaintiff
Whiteslate, LLP., DBA Slate Law Group

Kelly DuFord Williams
750 B Street, Suite 2250
San Diego, CA. 92101
(619) 565-5077

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| WHITESLATE, LLP., DBA SLATE LAW GROUP,<br><br>             Plaintiff,<br><br>     vs.<br><br>DEREK DAHLIN, et al.,<br><br>             Defendants. | Case No.: 20-CV-1782 W (BGS)<br><br><br><br>**(PROPOSED) ORDER** |
|---|---|

Having read and considered the Plaintiff's Request for Dismissal, the Court hereby orders the dismissal, with prejudice, of all claims in this action, with each Party bearing its own attorneys' fees and costs incurred in this action, notwithstanding Federal Rule of Civil Procedure 54(d).

**IT IS SO ORDERED.**

Dated: _____                   _____

Hon. Thomas J. Whelan
Judge, United States District Court for the Southern District of California

**CERTIFICATE OF SERVICE**

I hereby certify that, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF system. I further certify that I served all parties registered in the CM/ECF system for this case via the CM/ECF system.

/s/ Angela M. Stidham
ANGELA M. STIDHAM