# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITESLATE, LLP., DBA SLATE LAW GROUP,<br><br>  Plaintiff,<br><br>v.<br><br>DEREK DAHLIN, et al.,<br><br>  Defendants. | Case No.: 20-CV-1782 W (BGS)<br><br>**ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE [DOC. 29]** |

Parties have filed a motion to dismiss with prejudice. [Doc. 29.] Good cause appearing, the Court **GRANTS** the motion. This action is dismissed **WITH PREJUDICE**. Per the terms of the joint motion, each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: September 22, 2021

_____
Hon. Thomas J. Whelan
United States District Judge